[If you need additional space for ANY section, please attach an additional sheet and reference that section.]





FILED

1/13/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS )
      Plaintiff )
)
v. )
)
MADDEN MENTAL HEALTH CENTER )
      Defendant )

**Case Number:** 1:21-CV-00112

**Judge:** GARY FEINERMAN

**Magistrate Judge:** M. DAVID WEISMAN

Revised Motion for Judgement

I, Angela C. Williams, Pro Se Litigant, ask the Court to grant a motion for judgement against the defendant, Madden Mental Health Center, due to: (1) Madden failed to filed an appearance, (2) Madden has failed to respond, (3) Madden has failed to file a motion under Rule 12, (4) Madden has failed to seek an extension of time, (5) Madden has failed to appear at status hearings, (6) Madden has failed to cooperated with the courts.

Williams asked to be placed in a sedentary office position. Madden had office positions available at the time of Williams' request and changed the titles, changed the titles option, or eliminated the positions. Therefore, making it impossible for Williams to qualify for the position. Madden has an available position in the main administration building as the Front Desk Receptionist. The position is short staffed and has been since Williams last worked in the position on light-duty.

Williams move this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court on the 7th day of January 2021; the summons and complaint were duly served on the Defendant, Madden Mental Health Center; no answer or other defense has been filed by Madden Mental Health Center; default was entered in the civil docket in the office of this clerk on the 4th day of April 2021; no proceedings have been taken by Madden Mental Health Center since the default was entered; Madden Mental Health Center was not in military service and is not an infant or incompetent as appears in the declaration of Angela C. Williams submitted herewith.

Wherefore, Williams moves that this court make and enter a judgment that gives her relief: (1) damages, (2) accommodate restrictions: sedentary position, (3) lost wages: $2719 per month times 27= $66,195.84, until she is placed in a sedentary position or until Madden accommodates her restrictions, (4) lost benefits and benefit time accrued: Vacation=30 days, Sick=28 days, Personal=6 days (5) monetary lost including all wage increases: $2500 bargaining unit stipend for economic hardship, bonuses and percentages increase to base pay: January 1, 2020: 1.2% = $244.68, July 1, 2020: 2.1% = $695.16, July 1, 2021: 3.95% = $333.96 totaling $1273.80, all monies total $74,686.80 (6) emotional distress, (7) Williams wants to be made whole.

Dated: 01-12-2022  /s/ Angela C. Williams
              68 W. 144th St., D,
              Riverdale, IL 60827
              (708) 510-6178

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS )
             Plaintiff )
             v. )
MADDEN MENTAL HEALTH CENTER )
             Defendant )

**Case Number**: 1:CV-21-00112

**Judge**: GARY FEINERMAN

**Magistrate Judge**: M. DAVID WEISMAN

## Declaration

Williams would like reasonable accommodations to be fulfilled and be placed in an sedentary office position as if Williams has continuous service with accruing benefit time.

Williams feels if Madden Mental Health Center granted the accommodated restrictions requested, she would have been working in a sedentary position, and would have had all things aforementioned.

Williams ask to be granted relief.

7. Williams move this court for a judgment by default in this action, and show that the complaint in the above case was filed in this court on the 7th day of January 2021; the summons and complaint were duly served on the Defendant, Madden Mental Health Center; only a Waiver of Service has been filed by Madden Mental Health Center, no other defense; default was entered in the civil docket in the office of this clerk on the 4th day of April 2021; no proceedings have been taken by Madden Mental Health Center since the default was entered; Madden Mental Health Center was not in military service and is not an infant or incompetent as appears in the declaration of Angela C. Williams submitted herewith.

I declare that the foregoing is true and correct.

1-12-2022 /s/ Angela C. Williams
        68 W. 144th St. D
        Riverdale, IL 60827
        708-510-6178

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS )
    Plaintiff )
     )
    v. )
     )
MADDEN MENTAL HEALTH CENTER )
    Defendant )

**Case Number**: 1:CV-21-00112

**Judge**: GARY FEINERMAN

**Magistrate Judge**: M. DAVID WEISMAN

Declaration

Effective July 1, 2022 3.95%

*January 1, 2020 through June 30, 2020, 1.5% increase X $2719 base pay = $40.78 wage increase, $2719 base pay + $40.78 increase = $2759 per month. Total $16,554 owed.

*July 1, 2020 through June 30, 2021, 2.1% increase X $2719 base pay = $50.09 wage increase, $2719 base pay + $50.09 = $2769.09 per month. Total $33,229.08 owed.

*July 1, 2020 through June 30, 2021, 3.95% increase X $2719 base pay = $107.40 wage increase. $2719 base pay + 107.40 = $2826.40. Total $33916.80 owed.

*July 1, 2021 through January 30, 2022, 3.95% X $2719 base pay = 107.40, $2719 base pay + $107.40 wage increase = $2826.40 per month.

Salaries for employees on Sub-steps, salary increase:

*July 1, 2019 through June 30, 2020 increase $25 per month X 12 months = $300.

*July 1, 2020 through June 30, 2021 increase $25 per month X 12 months = $300.

*July 1, 2021 through January 30, 2022 increase $25 X 7 months = $175.

(F.) Emotional Distress, See paragraph 5.

(G.) Williams wants to be made whole. Williams would like all seniority time, benefits, benefit time, back pay, and monetary earnings be restored.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS )
            Plaintiff )
  )
            v. )
MADDEN MENTAL HEALTH CENTER )
            Defendant )

**Case Number**: 1:CV-21-00112

**Judge**: GARY FEINERMAN

**Magistrate Judge**: M. DAVID WEISMAN

## Declaration

*2019: 1 year = 3 days owed.

*2020: 1 year = 3 days owed.

*2021: 1 year = 3 days owed.

Total days owed = 10 Personal days owed.

(E.) Monetary Lost:

Economic Hardship Stipend of $2500, prorated by 25% for each fiscal year employee worked at least one day from July 1, 2015 through June 30, 2019.

*2015: worked January 1 through December 31.

*2016: worked January 1 through October 28.

*2017: worked January 1 through January 7.

*2018: worked January 1 through July 30.

* 2019: worked March 15 through May 15.

Total $2500 owed.

Employees wage increase to base pay:

Effective January 1, 2020: 1.5%

Effective July 1, 2020: 2.1%

Effective July 1, 2021 3.95%

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS )
             Plaintiff )
              )
             v. )
MADDEN MENTAL HEALTH CENTER )
             Defendant )

**Case Number**: 1:21-CV-00112

**Judge**: GARY FEINERMAN

**Magistrate Judge**: M. DAVID WEISMAN

Declaration

*Vacation days 2021 owed: 7 years employed, 12 month year = 14 days 4 hrs 18 mins.

Total 7 years employed, 41 days 7 hours 48 minutes vacation (owed).

Sick=28 days, Benefit Time Earnings and Usage: Earning rate 1 day per month.

*2018 days owed: 5 months = 5 days owed.

*2019 days owed: 12 months = 12 days owed.

*2020 days owed: 12 months = 12 days owed.

*2021 days owed: 12 months = 12 days owed.

Total 40 Sick days owed.

Personal Day Earning:

January 1 through February 3 = days.

February 2 through April 1 = 2.5 days.

April 2 through June 1 = 2 days.

June 2 through August 1 = 1.5 days.

August 2 through October 1 = 1 day

October 2 through December 1 = ,5 day.

December 2 through December 31 = 0.

*2018: 5 months left in year = 1 day owed

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS     )
         Plaintiff     )
                   )
         v.     )
                   )
MADDEN MENTAL HEALTH CENTER     )
         Defendant     )

**Case Number:** 1:CV-21-00112

**Judge:** GARY FEINERMAN

**Magistrate Judge:** M. DAVID WEISMAN

### Declaration

Williams has become angry because of her loss of enjoyment of life.

6. Wherefore, Williams moves that this court make and enter a judgment that gives her relief:

(A.) damages.

(B.) Accommodate Restrictions: Sedentary position, No lifting, pushing, pulling 20lbs, no work above the shoulder level, office work only.

(C.) Lost Wages: 1hr = $18.12> 1 work day 7 1/2 hrs =$135.95, 5 day work week 37 1/2 hrs> = $679.75, 10 day bi-weekly work 75 hrs > $1359.50, two pay periods>1 month work 150 hrs> = $2719.00.

5 months for 2018> = $13,595, 12 months for 2019> = $32,628, 12 months for 2020> = $32,628, 12 months for 2021> = $32,628, 3 yrs 5 months of loss wages = $111,479. Williams ask that Madden Mental Health Center gives her back pay, and accommodate her restrictions placing her in a Sedentary position, and pay her until she is placed in sedentary position with the State of Illinois.

(D.) Lost Benefits and Benefit time owed: Vacation Monthly Earning rates:

0 through 5 yrs = 10 days (owed 6 hrs 15 mins. per month). 6 yrs through 9 yrs = 15 days (owed 9 hrs 23 mins. per month).

*Vacation days 2018 owed: 4 years employed, 6 hrs 15 mins. per month X 5 months = 4 days 1 hr.

*Vacation days 2019 owed: 5 years employed, 12 month year = 9 days 1 hour 14 mins.

*Vacation days 2020 owed: 6 years employed, 12 month year = 14 days 1 hour 16 mins.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS )

Plaintiff )

v. )

MADDEN MENTAL HEALTH CENTER )

Defendant )

**Case Number:** 1:21-CV-00112

**Judge:** GARY FEINERMAN

**Magistrate Judge:** M. DAVID WEISMAN

## Declaration

the second time in December 2020. Williams has a Illinois Department of Central Management Services, Official Competitive Promotional Examination Well Qualified Grade (A), and Medical Billing Certificates. Williams interviewed in 2021, but Williams did not receive the position. When Williams inquired about her application for the first position she applied for as an Health Information Associate, she was told by Human Resources, Madden Mental Health Center changed the title of the position after she applied.

5. This situation has caused Williams emotional distress, and have brought on humiliation to Williams. Williams has loss quality of life. Williams have lost the ability to provide for herself. Williams has lost her job, and her only source of income. Williams has lost her finances, therefore, she cannot provide essentials for herself, neither can Williams provide meals for herself. Williams and her family has been displaced. Williams has lost her family's place of residence, resulting in Williams living day-to-day, where family or friends makes room for her to sleep. Williams has lost her sources of transportation. This issue has caused Williams to lose excessive sleep. Williams has become very frustrated because of her inconsistant living arrangement and loss of quality of life. Williams has become very angry because of her loss of everything mentioned beforehand.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANGELA C. WILLIAMS | ) | **Case Number**: 1:21=CV-00112 |
| Plaintiff | ) | |
| | ) | **Judge**: GARY FEINERMAN |
| v. | ) | |
| MADDEN MENTAL HEALTH CENTER | ) | **Magistrate Judge**: M. DAVID WEISMAN |
| Defendant | ) | |
| | ) | |

### Declaration

Williams informed Madden Mental Health Center about her permanent restrictions of No lifting, pushing, pulling 20lbs, no work above shoulder level, office work only,  Physicians Statement, given to the Worker's Compensation Representative at the facility.

3. Williams asked to be placed in a sedentary office position, office work: answering phones, making copies, faxing, filing.  Madden had office positions available at the time of Williams' request and changed the title, changed the title option, or eliminated the position.  Therefore, making it impossible for Williams to qualify for the position.  Madden has multiple sedentary positions available.  Madden has an available position in the main administration building as the Front Desk Receptionist or Switchboard Operator. The position is short staffed and has been since Williams last worked in the position on light-duty from December 2016 until January 2017, and is currently short staffed.

4. Williams was on light-duty at Madden Mental Health Center in the Medical Records Department from January 2018 until July 2018 totalling 210 days, which is the time allowed for light-duty assignments, according to the Agreement between Council 31 AFSCME and the State of Illinois.  While on light-duty in June 2018, Williams was told by the director of the Medical Records Department, he inquired about Williams staying in the department permanently because of a need of help, but the inquiry was rejected by the Hospital Administrator at that time.  Williams applied for two open positions at Madden Mental Health Center in the Medical Records Department, as a Health Information Associate, the first time in 2019,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ANGELA C. WILLIAMS      )
           Plaintiff     )
                      )
            v.        )
                      )
MADDEN MENTAL HEALTH CENTER    )
           Defendant     )

**Case Number:** 1:21-CV-00112

**Judge:** GARY FEINERMAN

**Magistrate Judge:** M. DAVID WEISMAN

## Declaration

Angela C. Williams, a Plaintiff Pro Se Litigant, certify that she has personal knowledge of the following facts and that she is competent on the following:

1. Madden Mental Health Center failed to file an appearance on their behalf according to court notes dated 5-4-2021. Madden Mental Health Center has failed to respond to court correspondence according to court notes dated 4-13-2021. Madden Mental Health Center has failed to file a motion under Rule 12 according to court notes dated 6-7-2021. Madden Mental Health Center has failed to seek an extension of time to file initial documents according to court notes dated 4-20-2021. Madden Mental Health Center has failed to appear at status hearings according to Williams' personal knowledge from court attendance and court notes dated 4-20-2021. Madden Mental Health Center has failed to cooperated with the courts according to court notes dated 4-8-2021.

2. Williams started working at Madden Mental Health Center October 2014. Williams was injured with a torn right Rotator Cuff and a right ripped Tendon on the job on October 28, 2016. Madden Mental Health Center was informed of the injury the same day. Williams was given an incident report to complete by the supervisor on duty. As a result of Williams' injury, Williams loss 80% usage of her right arm (prodominent arm), and is restricted to sendentary office work, No lifting, pushing, pulling>20 lbs., no work above shoulder level. Office work only, not able to continually type due to Right Shoulder injury/surgery.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SUSANA A. MENDOZA

COMPTROLLER - STATE OF ILLINOIS

49   291

SALARY EARNINGS STATEMENT

FOR PAY PERIOD ENDING **04/15/2019**

EMPLOYEE ID: **27-4874460**

SCHEDULED PAY DATE **04/29/2019**

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.

SA6326689 - 0020604

| YEAR TO DATE EARNINGS AND TAXES | |
|---|---|
| GROSS EARNINGS | 12585.26 |
| FEDERAL TAX | 410.66 |
| F.I.C.A. | 962.78 |
| STATE TAX | 394.55 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 498.06 |
| EARNED INC. CRED. | 0.00 |

**WILLIAMS ANGELA C**
**APT D**
**68 W 144TH ST**
**RIVERDALE IL 60827**

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1467.50 | 0.00 | 0.00 | 0.00 | 1467.50 |

DEDUCTIONS:

| FEDERAL TAX | 142.02 | STATE TAX | 55.66 | FICA | 112.27 |
|---|---|---|---|---|---|
| RETIREMENT | 58.70 | | | | |

NOTE:

*GROSS PAY INCREASED BY THIS AMOUNT

| TOTAL DEDUCTIONS | 368.65 |
|---|---|
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1098.85 |

SUSANA F. MENDOZA
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING **03/31/2019**
SCHEDULED PAY DATE **04/12/2019**

49    291

EMPLOYEE ID: **27-4874460**

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT - TRACE NO.
SA6313606 - 0000000

**WILLIAMS ANGELA C**
**APT D**
**68 W 144TH ST**
**RIVERDALE IL 60827**

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 11117.76 |
| FEDERAL TAX | 268.64 |
| F.I.C.A. | 850.51 |
| STATE TAX | 338.89 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 439.36 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1467.50 | 0.00 | 0.00 | 0.00 | 1467.50 |

DEDUCTIONS:

| | | | | | | |
|---|---|---|---|---|---|---|
| FEDERAL TAX | 142.02 | STATE TAX | 55.66 | FICA | | 112.27 |
| RETIREMENT | 58.70 | IW OFFSET | 4.32 | | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

**WELCOME TO IDHR**

| | |
|---|---|
| TOTAL DEDUCTIONS | 372.97 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1094.53 |

SUSANA A. MENDOZA
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING **04/15/2018**
SCHEDULED PAY DATE **04/27/2018**

10   154
5400
EMPLOYEE ID: 27-4874460

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT - TRACE NO.
SA5994689 - 0009469

**WILLIAMS ANGELA C**

5400

**414 W 16TH ST**
**CHICAGO HEIGHTS IL 60411**

| YEAR TO DATE EARNINGS AND TAXES | |
|---|---|
| GROSS EARNINGS | 8899.00 |
| FEDERAL TAX | 0.00 |
| F.I.C.A. | 680.77 |
| STATE TAX | 220.48 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 355.97 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

### CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1359.50 | 0.00 | 0.00 | 0.00 | 1359.50 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| STATE TAX | 39.85 | FICA | 104.00 | RETIREMENT | 54.38 |
| UNION DUES | 35.57 | | | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

**EMPLOYEE ID : 27-4874460**

| TOTAL DEDUCTIONS | 233.80 |
|---|---|
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1125.70 |

SUSANA A MENDOZA
COMPTROLLER - STATE OF ILLINOIS

10    154

SALARY EARNINGS STATEMENT

5400

FOR PAY PERIOD ENDING **03/31/2018**

EMPLOYEE ID: 27-4874460

SCHEDULED PAY DATE **04/13/2018**

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT - TRACE NO.

SA5981565 - 0014720

| YEAR TO DATE EARNINGS AND TAXES | |
|---|---|
| GROSS EARNINGS | 7539.50 |
| FEDERAL TAX | 0.00 |
| F.I.C.A. | 576.77 |

**WILLIAMS ANGELA C**

| | |
|---|---|
| STATE TAX | 180.63 |
| OTHER COMP. | 0.00 |

**414 W 16TH ST**                                            5400

**CHICAGO HEIGHTS IL 60411**

| | |
|---|---|
| NON-TAX INCOME | 301.59 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1359.50 | 0.00 | 0.00 | 0.00 | 1359.50 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| STATE TAX | 39.85 | FICA | 104.00 | RETIREMENT | 54.38 |
| UNION DUES | 35.57 | | | | |

NOTE:

*GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | 233.80 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1125.70 |

**EMPLOYEE ID : 27-4874460**

SUSANA A MENDOZA
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING 03/15/2018
SCHEDULED PAY DATE 03/29/2018

10   154
5400
EMPLOYEE ID: 27-4874460

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.
SA5959335 - 0009256

| YEAR TO DATE EARNINGS AND TAXES | |
|---|---|
| GROSS EARNINGS | 6180.00 |
| FEDERAL TAX | 0.00 |
| F.I.C.A. | 472.77 |
| STATE TAX | 140.78 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 247.21 |
| EARNED INC. CRED. | 0.00 |

**WILLIAMS ANGELA C**

414 W 16TH ST
CHICAGO HEIGHTS IL 60411

5400

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1359.50 | 0.00 | 0.00 | 0.00 | 1359.50 |

| DEDUCTIONS: | | | | | |
|---|---|---|---|---|---|
| STATE TAX | 39.85 | FICA | 104.00 | RETIREMENT | 54.38 |
| UNION DUES | 35.57 | | | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

**EMPLOYEE ID : 27-4874460**

| TOTAL DEDUCTIONS | 233.80 |
|---|---|
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1125.70 |

SUSANA A. MENDOZA
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING **07/15/2017**
SCHEDULED PAY DATE **07/28/2017**

10    154
5400
EMPLOYEE ID: **27-4874460**

## THIS IS NOT A DEPOSIT RECEIPT

WARRANT - TRACE NO.
SA5748920 - 0000000

**WILLIAMS ANGELA C**

**414 W 16TH ST**
**CHICAGO HEIGHTS IL 60411**

5400

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 13046.29 |
| FEDERAL TAX | 219.50 |
| F.I.C.A. | 998.05 |
| STATE TAX | 292.56 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 521.85 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1359.50 | 0.00 | 0.00 | 0.00 | 1359.50 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| STATE TAX | 37.67 | FICA | 104.00 | RETIREMENT | 54.38 |
| UNION DUES | 35.57 | | | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

**EMPLOYEE ID : 27-4874460**

| | |
|---|---|
| TOTAL DEDUCTIONS | 231.62 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1127.88 |

SUSANA E. MENDOZA
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING **06/15/2017**
SCHEDULED PAY DATE **06/29/2017**

10   154

5400

EMPLOYEE ID: **27-4874460**

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.
SA5719427 - 0009011

**WILLIAMS ANGELA C**

414 W 16TH ST
**CHICAGO HEIGHTS IL 60411**

**5400**

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 10323.96 |
| FEDERAL TAX | 219.50 |
| F.I.C.A. | 789.79 |
| STATE TAX | 226.20 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 412.96 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 3336.95 | 0.00 | 0.00 | 0.00 | 3336.95 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 219.50 | STATE TAX | 99.75 | FICA | 255.28 |
| RETIREMENT | 133.48 | UNION DUES | 35.57 | IW OFFSET | 290.00 |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

| | |
|---|---|
| TOTAL DEDUCTIONS | 1033.58 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 2303.37 |

RT   5.00   617.95  GA ****   1359.50
EMPLOYEE ID : 27-4874460

SUSANA A MENDOZA
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING **12/15/2016**
SCHEDULED PAY DATE **12/29/2016**

10   154
5400
EMPLOYEE ID: 27-4874460

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.
SA5544386 - 0009326

**WILLIAMS ANGELA C**

**414 W 16TH ST**
**CHICAGO HEIGHTS IL 60411**

5400

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 48836.00 |
| FEDERAL TAX | 1160.30 |
| F.I.C.A. | 3735.98 |
| STATE TAX | 1268.78 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 1953.44 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1486.78 | 0.00 | 0.00 | 0.00 | 1486.78 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| STATE TAX | 33.15 | FICA | 113.74 | RETIREMENT | 59.47 |
| UNION DUES | 35.57 | | | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

S  63.00   50.40  6D  15.00   22.50  RT   .40   54.38
EMPLOYEE ID : 27-4874460

| | |
|---|---|
| TOTAL DEDUCTIONS | 241.93 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1244.85 |

SUSANA A. MENDOZZA

COMPTROLLER - STATE OF ILLINOIS

SALARY EARNINGS STATEMENT

FOR PAY PERIOD ENDING **11/30/2016**

SCHEDULED PAY DATE **12/14/2016**

10   154

5400

EMPLOYEE ID: **27-4874460**

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.

SA5528396 - 0009673

**WILLIAMS ANGELA C**

**414 W 16TH ST**
**CHICAGO HEIGHTS IL 60411**

5400

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 47349.22 |
| FEDERAL TAX | 1160.30 |
| F.I.C.A. | 3622.24 |
| STATE TAX | 1235.63 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 1893.97 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1836.77 | 0.00 | 0.00 | 0.00 | 1836.77 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 15.00 | STATE TAX | 45.75 | FICA | 140.51 |
| RETIREMENT | 73.47 | UNION DUES | 35.57 | | |

NOTE:

*GROSS PAY INCREASED BY THIS AMOUNT

S 105.00   84.00   6D 15.00   22.50   RT 3.00   370.77
EMPLOYEE ID : 27-4874460

| | |
|---|---|
| TOTAL DEDUCTIONS | 310.30 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1526.47 |

LESLIE GEISSLER MUNGER

COMPTROLLER - STATE OF ILLINOIS

SALARY EARNINGS STATEMENT

FOR PAY PERIOD ENDING **12/15/2015**

SCHEDULED PAY DATE **12/29/2015**

10    154

5400

EMPLOYEE ID: **27-4874460**

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.
SA5194954 - 0009754

**WILLIAMS ANGELA C**

**414 W 16TH ST**
**CHICAGO HEIGHTS IL 60411**

**5400**

| YEAR TO DATE EARNINGS AND TAXES | |
|---|---|
| GROSS EARNINGS | 36702.37 |
| FEDERAL TAX | 168.10 |
| F.I.C.A. | 2807.72 |
| STATE TAX | 837.46 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 1468.09 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

## CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1445.75 | 0.00 | 0.00 | 0.00 | 1445.75 |

**DEDUCTIONS:**

| | | | | | |
|---|---|---|---|---|---|
| **STATE TAX** | 31.88 | **FICA** | 110.60 | **RETIREMENT** | 57.83 |
| **UNION DUES** | 35.57 | | | | |

NOTE:

*GROSS PAY INCREASED BY THIS AMOUNT

S  82.50   66.00 STH  7.50   9.00 6D  7.50   11.25
**EMPLOYEE ID : 27-4874460**

| | |
|---|---|
| TOTAL DEDUCTIONS | 235.88 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1209.87 |

LESLIE GEISSLER MUNGER
COMPTROLLER - STATE OF ILLINOIS
SALARY EARNINGS STATEMENT
FOR PAY PERIOD ENDING **11/30/2015**
SCHEDULED PAY DATE **12/14/2015**

10   154
5400
EMPLOYEE ID: 27-4874460

**THIS IS NOT A DEPOSIT RECEIPT**

WARRANT - TRACE NO.
SA5179861 - 0009398

**WILLIAMS ANGELA C**

414 W 16TH ST
**CHICAGO HEIGHTS IL 60411**

5400

YEAR TO DATE EARNINGS AND TAXES

| | |
|---|---|
| GROSS EARNINGS | 35256.62 |
| FEDERAL TAX | 168.10 |
| F.I.C.A. | 2697.12 |
| STATE TAX | 805.58 |
| OTHER COMP. | 0.00 |
| NON-TAX INCOME | 1410.26 |
| EARNED INC. CRED. | 0.00 |

YEAR TO DATE GROSS EARNINGS PLUS OTHER COMPENSATION
LESS NON-TAXABLE INCOME EQUAL TAXABLE GROSS.

CURRENT PERIOD EARNINGS AND DEDUCTIONS

| SOCIAL SECURITY NO. | BASE PAY | OVERTIME PAY | LUMP SUM | ADDITIONAL GROSS | GROSS EARNINGS |
|---|---|---|---|---|---|
| *** - ** - 2612 | 1796.18 | 0.00 | 0.00 | 0.00 | 1796.18 |

DEDUCTIONS:

| | | | | | |
|---|---|---|---|---|---|
| FEDERAL TAX | 12.80 | STATE TAX | 44.51 | FICA | 137.40 |
| RETIREMENT | 71.85 | UNION DUES | 35.57 | | |

NOTE:
*GROSS PAY INCREASED BY THIS AMOUNT

S  82.30   65.84  HO  3.50  375.04  DK  .25   4.20-
EMPLOYEE ID : 27-4874460

| | |
|---|---|
| TOTAL DEDUCTIONS | 302.13 |
| EARNED INC. CRED. | 0.00 |
| NET PAY | 1494.05 |

 **SERS** *srs.illinois.gov*
State Employees' Retirement System

January 10, 2022

Angela Williams
68 W. 144th St. #D
Riverdale, IL 60827

Member ID: 27-4874460

Dear Ms. Williams:

Please be advised that you received a non-occupational disability benefit from the State Employees' Retirement System (SERS). Your monthly non-occupational disability benefit began 5/30/2019 through 6/30/2021, the gross amount was $1522.77. You were entitled to this benefit until you reached half your time of service which was 6/30/2021. SERS shows you were on nonoccupational benefit for 24 months.

If you have questions, please contact SERS call center at 217-785-7444.

Sincerely,

Suzanne M. Maddox

Suzanne Maddox
Disability Examiner
disabilitysection@srs.illinois.gov



State of Illinois
Department of Human Services

# PHYSICIAN'S MEDICAL REVIEW

DHS is requesting disclosure of information that is necessary to assist in evaluating a reasonable accommodation request. Disclosure of this information is VOLUNTARY. All information will be kept confidential and used in compliance of applicable state and federal laws; and is regarded as protected Health Information subject to HIPPA Policy.

1) Employee/Applicant: _____   2) Date of Birth: _____

3) Home Address: _____   4) Soc Sec No: _____

5) Employed by: _____   6) Address: _____

7) Employee/Applicant's Disability: Physical impairment (R) arm.

(Includes a physical or mental impairment that substantially limits one more major life activities, which include such things caring for oneself, performing manual tasks, walking, sitting, standing, lifting, reaching, seeing, hearing, breathing, learning and working)

8) Major Life Limitation(s): Use of (R) arm.

9) What are the specific essential job functions this person can't perform without a reasonable accommodation due to the disability? No lifting, pushing, pulling > 20 lbs, no work above shoulder level. Office work only. Not able to continually type due to (R) shoulder injury/surgery.

10) What type of reasonable accommodation do you suggest for the employee/applicant: no lifting, pushing, pulling > 20 lbs c (R) arm. No work above shoulder level. No continual typing.

11) Recommended duration of reasonable accommodation: Permanent restrictions.

12) Additional information to support need for reasonable accommodation: (R) rotator cuff repair c biceps tenodesis 5/9/17

END

Physician's Printed Name _____   Degree: MD   License Number: 036109594 2

Physicians's Signature _____   Date 5/17/19

Address: OAR
Michael J. Hejna, MD
Erik Ho, MD
Scott A. Seymour, MD
333 E. Burlington Suite 100
Riverside, IL 60546
(708) 442-0221 (phone)
(708) 442-5870 (fax)

Employees/applicants are responsible for having this form completed and forwarded to Human Resources.

IL444-4232 (R-08-12) Physician's Medical Review
Printed by the Authority of the State of Illinois   -0- Copies

Page 1 of 1

## VACATION MONTHLY EARNING RATES

| | 0 through 5 years 10 days | 6 through 9 years 15 days | 10 through 14 years 17 days | 15 through 19 years 20 days | 20 through 25 years 22 days | Over 25 years 25 days |
|---|---|---|---|---|---|---|
| | .83 | 1.25 | 1.42 | 1.67 | 1.83 | 2.08 |
| 8 hr | 8 hours; 40 mins | 10 hours | 11 hours; 20 mins | 13 hours; 20 mins | 14 hours; 40 mins | 16 hours; 40 mins |
| 7.5 hr | 6 hours; 15 mins | 9 hours; 23 mins | 10 hours; 38 mins | 12 hours; 30 mins | 13 hours; 45 mins | 15 hours; 38 mins |

## BENEFIT TIME EARNING AND USAGE

| TYPE | EARNING RATE | INCREMENT | USAGE |
|---|---|---|---|
| VACATION | See above earning chart | 1/2 hour | 1/2 day Full day |
| SICK | 1 per month | 1/2 hour | 1/2 day Full day |
| PERSONAL | 3 per year (plus one day if no sick time was used in previous year) | 1/2 hour | 1/2 day Full day or to exhaust final balance |
| COMPENSATORY TIME | Overtime worked | 15 minutes | 1/2 day Full day |

## PERSONAL DAY EARNING

| Date of Employment | EARNING |
|---|---|
| January 1 through February 1 | 3 days |
| February 2 through April 1 | 2.5 days |
| April 2 through June 1 | 2 days |
| June 2 through August 1 | 1.5 days |
| August 2 through October 1 | 1 day |
| October 2 through December 1 | .5 days |
| December 2 through December 31 | 0 |

## OT/COMP CONVERSION

| HOURS | MINUTES |
|---|---|
| 0.1 | 1-8 |
| 0.2 | 9-14 |
| 0.3 | 15-20 |
| 0.4 | 21-26 |
| 0.5 | 27-33 |
| 0.6 | 34-38 |
| 0.7 | 39-44 |
| 0.8 | 45-50 |
| 0.9 | 51-56 |
| 1.0 | 57-60 |



# KEY PROVISIONS OF TENTATIVE AGREEMENT
# BETWEEN STATE OF ILLINOIS AND AFSCME COUNCIL 31

Dear AFSCME Member:

This tentative agreement represents a remarkable achievement against extraordinary odds. Former governor Bruce Rauner waged an unrelenting war on state employees throughout his entire tenure in office and attempted to use negotiations for a new master contract as one of his primary weapons in that conflict.

With unwavering determination, AFSCME members stood firm throughout those years—refusing to bend to Rauner's destructive demands—and even voted to authorize a strike when Rauner moved to unilaterally impose his demands.

Time and again we came together to stress our commitment to public service and to insist on the value of the work we do. And time and again we fought back against Rauner's illegal step freeze, his threats to our economic security and job rights, his efforts to undermine the pensions we earned, and his fierce crusade to weaken, even destroy, our union.

Now Bruce Rauner is gone—and we are still standing strong. With this tentative agreement we will have regained economic ground, protected hard-won gains and strengthened workplace rights. Avoiding the steep hikes in health care premiums that Rauner pushed for, we will keep health cost increases at an affordable level. And, perhaps most importantly, we will once again have a union contract that provides the solid foundation on which we stand.

I urge you to vote to ratify this agreement as your Bargaining Committee has unanimously recommended.

In unity,

Roberta Lynch
Executive Director

---

- The contract shall become effective upon ratification and continue through June 30, 2023.

- There are none of the changes to current contract rights and protections that Bruce Rauner was demanding. No weakening of limits on privatization. No reduction in overtime pay. No reductions in holiday pay. No diminishment of current layoff protections. No weakening of seniority as a factor in promotions.

## WAGES

**This agreement ends the wage stagnation of the Rauner years and will enable employees to keep up with the cost of living and continue to progress through the salary schedule.**

- The step plan will remain in place and all employees will continue to receive step and longevity increases as scheduled.

- Employees currently included in the AFSCME bargaining unit will receive a stipend of $2,500 upon ratification of this agreement in recognition of the economic hardships faced in the Rauner years. The stipend will be prorated by 25% for each fiscal year in which the employee worked at least one day from July 1, 2015 through June 30, 2019.

- Employees will receive wage increases to base pay as follows:
  - Effective January 1, 2020: 1.5%
  - Effective July 1, 2020: 2.1%
  - Effective July 1, 2021: 3.95%
  - Effective July 1, 2022: 3.95%

- Salaries for employees on sub-steps shall be further increased as follows:
  - 7/1/19: Sub-Steps 1a, 1b, and 1c shall be increased by $25 per month
  - 7/1/20: Sub-Steps 1a, 1b, and 1c shall be increased by an additional $25 per month
  - 7/1/21: Sub-Steps 1a, 1b, and 1c shall be increased by another $25 per month

## LEAVES POLICIES

- Making Illinois a leader in family-friendly policies, Maternity/Paternity Leave for birth and adoption will increase to 10 weeks with pay. If both parents are employees of the state, they will now each be entitled to the full leave, which can be taken either consecutively or concurrently, instead of having to split one paid leave. In cases of a full-term stillborn child the leave will be increased from 4 to 5 weeks.

- A new benefit will allow two days of bereavement leave for the death of a member of the employee's immediate family. This leave may only be taken once each year and shall be in addition to current practice which allows sick leave to be used in the event of a death in the family.

- Unless operational needs require otherwise, any employee who will no longer be permitted to work a flex-time or 4 day schedule shall be afforded 15 work days' notice prior to the schedule change.

## PROTECTING AND EXPANDING JOB OPPORTUNITIES

- A new MOU provides strong protections for current employees as the State begins the process of revamping its procedures for filling of vacancies in response to a court order on Shakman compliance. The new system will include shifting from letter to number grades.



- Full funding will be restored to the Upward Mobility Program, which will enable the program to return to full operation.

- Several new titles are added to the Upward Mobility Program and additional titles are included for pay studies, "bridges", semi-automatic promotions, and upgrades.

- The parties will utilize the Upward Mobility Program to assist in the advancement of women and minorities.

## PROTECTING AND PROMOTING EMPLOYEE HEALTH AND SAFETY

- Restrictions on mandatory overtime are greatly strengthened, including expanding the rights of employees to refuse mandation, delineating the procedures that must be followed before employees can be mandated, and increasing consequences for the employer when overtime is wrongly mandated.

- A new side letter provides for the establishment of a joint labor-management Task Force on Workplace Violence to develop recommended programs designed to reduce the risk of violence in the workplace, including but not limited to assaults on staff by inmates, patients, or clients, as well as recommended protocols for employees to follow when faced with situations that could result in immediate harm.

- A labor-management health and safety committee will be established to identify state agencies, programs or specific worksites that have a high number of serious job-related injuries and develop recommendations for changes to work environments or enhanced employee education and training.

- Annual hearing tests are expanded to include additional employees at risk for hearing loss.

## OTHER ISSUES

- Employee privacy rights are strengthened. The Employer is prohibited from providing any information pertaining to bargaining unit employees to any third-party entity unless required to do so by law, the operations of State government, and/or business relationship.

- Outstanding debts to the State at the time of retirement will no longer be cause for permanent termination of retiree health benefits, so long as the individual is making a good faith effort to repay the debt.

- A Parking Accessibility and Resolution Committee of union and management representatives shall be established to resolve parking disputes within the State's control that cannot be resolved at the local or agency level.

- CU-500 employees will now be covered by the same master agreement as other bargaining unit employees. CU-500 seniority is unchanged and will remain date of entry to the classification.



## HEALTH BENEFITS

- As a result of the lengthy standoff with Bruce Rauner, there will not have been increases in employee health care premiums or out-of-pocket costs for nearly six years. With this new agreement, Rauner's demands for health care premium increases of nearly 120% were finally cleared off the bargaining table and quality health care will remain affordable for all state employees.

- There will be no increase in employee premiums until January 1, 2020, when the first wage increase takes effect.

- There will be no cost increases related to plan design changes in the first year of the contract (FY20). In subsequent years, out-of-pocket costs will increase by amounts consistent with health care cost trends.

- Employee premiums will increase by a composite of $13/month for employees and $18/month for dependent coverage each year beginning January 1, 2020.

- Each composite amount will be distributed across the salary bands, consistent with the progressive structure of the bands, as well as across health plans based on the relative costs of the plans.

- Dental premiums will increase by $1/month in the last three years of the contract.

- As per current practice, retirees with at least 20 years of service shall pay no premiums for health care coverage. For non-Medicare eligible retirees, cost for dependents shall continue to be the same as dependent costs for active employees.

- The tentative agreement includes a provision for the Union and Management to work together to implement various health care initiatives including telemedicine and preferred prescription maintenance choice that will allow health plan participants to access doctors, specialists and prescription drugs at lower copay amounts. In addition, this committee will work to introduce a high deductible health plan option to the group insurance coverage and will also explore other innovations in health care coverage that can contain costs for employees, retirees and the employer, while maintaining or improving the quality of services provided.



# AGREEMENT

between



Council 31
AFSCME

American Federation of State,
County and Municipal Employees,
AFL-CIO

and

## STATE OF ILLINOIS

Department of
Central Management Services

July 1, 2015 - June 30, 2023

RC-06-OCB   RC-09-OCB   RC-10-OCB   RC-14-OCB
RC-28-OCB   RC-42-OCB   RC-62-OCB   RC-63-OCB
CU-500

vacation, an employee shall be allowed reasonable time to review work done during his/her absence.

## Section 10. Vacation Pay/Academic Year Educators (RC-63)

Beginning with the academic school year 2000, permanent, full-time academic year Educators shall earn vacation in accordance with the following schedule:

a) From the completion of one (1) year of service until the completion of ten (10) years of service: three (3) work days per year of employment.

b) From completion of ten (10) years of service until the completion of fourteen (14) years of service: five (5) work days per year of employment.

c) From completion of fourteen (14) years of service until the completion of nineteen (19) years of service: eight (8) work days per year of employment.

d) From completion of nineteen (19) years of service until the completion of twenty-five (25) years of service: eleven (11) work days per year of employment.

e) From completion of twenty-five (25) years of service: fourteen (14) work days per year of employment.

Payment for such vacation shall be paid in cash during the fiscal year in which it was earned unless the Superintendent at his/her discretion grants employee requests for vacation time usage during the academic year.

# ARTICLE XI

## Holidays

### Section 1. Amounts

All employees shall have time off, with full salary payment on the following holidays or the day designated as such by the State:

New Year's Day
Martin Luther King Day
Lincoln's Birthday
Presidents' Day
Memorial Day
Independence Day
Labor Day
Columbus Day
Veterans' Day
Thanksgiving Day
Friday Following Thanksgiving Day
Christmas Day
General Election Day
(on which members of the House of Representatives are elected) and any additional days proclaimed as holidays or non- working days by the Governor of the State of Illinois or by the President of the United States.

### Section 2. Equivalent Time Off

When a holiday falls on an employee's scheduled day off, or an employee works on a holiday, equivalent time off shall be granted within the following twelve (12) month period. It shall be granted on the day

[26]

c) "Compensatory Payment" Hours worked in excess of the below specified hours but less than forty (40) shall not be compensated, provided that for such time so worked, compensatory overtime shall be accrued at the rate equal to the time so worked and compensatory time off shall be granted by the Employer within the fiscal year earned at a time convenient to the employee consistent with the operating needs of the Employer, and if not so granted or taken, it shall be liquidated in cash before the end of the fiscal year in which earned.

Correctional Officers .................................................38 3/4 hours

Employees in other position classifications except Youth Counselors, Youth Supervisors and Dietary employees in Juvenile Facilities .......................................................37 1/2 hours

✳ d) "Work Day and Work Week"

   (i) Correctional Officers - 38 3/4 hours consisting of five (5) consecutive days of 8 1/4 consecutive hours, including an unpaid lunch period of thirty (30) minutes per day and a roll-call period of fifteen (15) minutes per day which shall be paid for in accordance with Section 20 of this Article.

   (ii) Employees in other position classifications except Youth Counselors, Youth Supervisors and Dietary employees in Juvenile facilities consisting of five (5) consecutive days of eight (8) consecutive hours, including a thirty (30) minute unpaid lunch period per day.

   (iii) Youth Supervisors, Youth Counselors and Dietary employees position classifications in Juvenile facilities - forty (40) hours, consisting of five (5) consecutive days of eight (8) hours, including a thirty (30) minute paid lunch period per day.

e) "Lunch Period" Employees who receive an unpaid lunch period and are required to work at their work assignments during such period and who are not relieved, shall have such time counted as hours worked for the purposes of Sections I(b) and I(c) above and shall be compensated at the appropriate compensatory straight or overtime rate, whichever may be applicable.

f) "Days Off" For employees working within position classifications and at facilities which require continuous coverage, scheduled work days and scheduled days off shall be consecutive, but may fall on any day of the work week.

g) "Tardiness and Absenteeism" The agency's current practices and policies regarding tardiness and absenteeism shall continue.

## Section 2. General Provisions RC-9

a) "Consecutive Days and Hours" The regular hours of work each day shall be consecutive and the work week shall consist of five (5) consecutive days of work within regular reoccurring period of 168 hours consisting of seven (7) consecutive 24-hour periods. Exceptions to the above may exist in local supplementary agreements.

b) "Work Day and Work Week" The normal work day shall be eight (8) hours per day and the normal work week shall be forty (40) hours per week. The present practice with regards to employees working a straight eight (8) hours with a paid half hour lunch

[29]

the Employer currently provides vehicles. Travel Control Board rules shall govern the use of personal vehicles and per diems.

**Section 7. Educators' Fringe Benefits (RC-63)**

The parties agree that past practices and policies of the Employer relating to sick leave, and leave for personal business, as negotiated for Educators working an academic (school year) schedule, shall continue.

**Section 8. Commercial Drivers License**

The Employer will reimburse employees required to possess a Commercial Drivers License for the cost of such license.

**Section 9. Public Service Quality Involvement Committees**

Employee involvement committees which seek to improve the quality of service provided to the public and/or the quality of work life for employees may be established in any State agency by mutual agreement of the parties. Each party shall determine its own representatives to serve on such committee. Union designated bargaining unit employees shall participate in such committees without loss of pay. No such committees may take action on matters pertaining to wages, hours or conditions of employment.

**Section 10. Reasonable Accommodations Under the Americans with Disabilities Act**

In the event a permanently disabled bargaining unit employee seeks a reasonable accommodation under the Americans with Disabilities Act, the Union has the right to discuss with the Employer issues regarding such proposed reasonable accommodations and the impact on specific provisions of the collective bargaining agreement. However, such discussions shall not impede the Employer from fulfilling its obligations under the Act. Only those reasonable accommodations which conflict with the collective bargaining agreement shall require the written consent of the Union.

**Section 11. Supplementary Agreements**

All supplemental agreements or memorandums of understanding, or other agreements shall be considered tentative agreements until approved by Central Management Services and the Union.

No supplementary agreement or Memorandum of Understanding or Agreement may be entered into that conflicts with the Master Contract without the approval of CMS and the Union.

**Section 12. Disposition of Work During Absences**

The parties may by mutual agreement negotiate in agency supplementals the disposition of work in an employee's absence. In any event, an employee's authorized absence shall not be detrimental in any way to the employee's record, nor will the employee be disciplined or counseled for work unable to be completed based on the employee's authorized absence.

**Section 13. Docking**

The amount of salary deducted from an employee whose daily salary is docked shall be pursuant to 80 Il. Admin. Code 310.70 (c).

[117]

for eligibility subject to the approval of the Department of Central Management Services. Light duty assignments shall be subject to the following provisions:

1. Employees shall be assigned to light duty provided that the treating physician indicates in writing that the employee is capable of returning to work and performing light duty and will likely be able to return to full duties within 120 days of the employee's evaluation.

2. Employees on light duty on the effective date of this agreement may continue performing light duties consistent with this policy if their doctor indicates in writing that they will likely be able to return to full duties within 120 days.

3. If at the end of a 120 day period, an employee, in the opinion of the treating physician, is not capable of performing full duties, he/she shall continue on light duty with the approval of the treating physician for a period of thirty (30) days.

4. Up to two (2) additional thirty (30) day extensions shall be granted if necessary, but in no instance shall an employee be permitted to remain on light duty more than two hundred ten

   (210) days, except for that period of time which preceded the date of this agreement.

5. A task force composed of up to three (3) union and three (3) management representatives is hereby established in each agency to develop a list of tasks that employees on light duty may be required to perform except that in agencies with 24 hour facilities, such task force shall be on a facility basis at the request of either party. At the request of either party, a statewide task force comprised of up to three (3) union and three (3) management representatives shall also be established.

6. Prior to assignment on light duty, the union, management, and the employee shall meet to discuss the employee's assignment. Such assignments shall be made within the limitations set by the treating physician.

7. If management desires to change an employee's light duty tasks, it shall again meet with the employee and the union representative to repeat the process herein as set forth in #6.

8. In the case of a dispute between management and the union, the Union and the affected employee retain the right to grieve the assignment.

9. Any change in work schedule (shift or days off) will only be done by agreement with the Union and the Employer.

10. The employee shall receive his/her base rate of pay and benefits consistent with his/her classification.

11. Current practices regarding an employee on light duty being counted or not counted as part of a staffing minimum shall continue.

[260]

**White, Sharon D.**

| | |
|---|---|
| **From:** | DHS.HumanResources |
| **Sent:** | Thursday, April 30, 2020 10:04 AM |
| **Subject:** | Premium Pay |

To All AFSCME Employees Working at Our State Operated Developmental Centers and State Operated Psychiatric Hospitals:

AFSCME and the Pritzker administration recognize the risk facing employees designated as Health Care Providers and Emergency Responders who were excluded from the **Families First Coronavirus Response Act (FFCRA)**.

In recognition of this risk and to ensure that the State can maintain continuity of critical services during the COVID-19 pandemic, **we are pleased to be implementing "Premium Pandemic Pay for COVID-19," for AFSCME employees excluded from the FFCRA.** This premium pay enhancement will be applied as a 12% increase to an employee's base salary for days worked between April 16, 2020 and May 31, 2020.

As we get closer to late May, there will be discussions as to the next steps, including steps relating to the pay enhancement, depending on the continuing severity of the COVID-19 crisis.

In addition, employees who work the full time during this same time frame will also be granted an extra Personal Benefit day, that will be added to their time account **effective January 1, 2021.** This benefit day has no cash value but can be used in accordance with other Personal benefit time.

We greatly appreciate all of your hard work, care, and support for our residents and patients. If you have any questions, please contact your Human Resources Representative**.**

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

## Wofford, Cydney

**From:** Cydney Wofford <cydney.wofford92@gmail.com>
**Sent:** Thursday, December 9, 2021 6:59 PM
**To:** Wofford, Cydney
**Subject:** [External] Fwd: FFCRA Alternative Premium Pay Update

---------- Forwarded message ---------
From: **AFSCME Council 31** <webaction@afscme31.org>
Date: Fri, May 29, 2020, 4:31 PM
Subject: FFCRA Alternative Premium Pay Update
To: <cydney.wofford92@gmail.com>



Dear Cydney,

According to our records, the state of Illinois has designated you as an Emergency Responder or Health Care Provider, thereby excluding you from coverage under the Families First Coronavirus Response Act (FFRCA), which provides for expanded sick and family leave benefits.

AFSCME made the case that simple fairness requires that any employees so excluded should receive some form of alternative benefit plan—especially when those excluded are often working in particularly high-risk environments.

In late April the Union was able to reach agreement with the Pritzker Administration on the terms of such an alternative benefit plan.

One of the key elements of that plan—Pandemic Premium Pay—is set to expire on Sunday, May 31st.

 We wanted to let you know that AFSCME has just reached an agreement with the Pritzker Administration to extend that Premium Pay through June 15.

In addition, the Administration agreed to maintain the current expanded sick leave benefit that was part of the Alternative Plan developed in April.

1

## Wofford, Cydney

| | |
|---|---|
| **From:** | Cydney Wofford <cydney.wofford92@gmail.com> |
| **Sent:** | Thursday, December 9, 2021 6:59 PM |
| **To:** | Wofford, Cydney |
| **Subject:** | [External] Fwd: FFCRA Alternative Premium Pay Update |

---------- Forwarded message ---------
From: **AFSCME Council 31** <webaction@afscme31.org>
Date: Tue, Jun 9, 2020, 10:34 AM
Subject: FFCRA Alternative Premium Pay Update
To: <cydney.wofford92@gmail.com>



Dear Cydney,

According to our records, the state of Illinois has designated you as an Emergency Responder or Health Care Provider, excluding you from coverage under the Families First Coronavirus Response Act which provides expanded sick and family leave benefits.

As you know, AFSCME made the case that simple fairness requires that excluded employees should receive alternative benefits—especially because those excluded are often working in particularly high-risk environments.

In April, the Union was able to reach agreement with the Pritzker Administration on the terms of such an alternative benefit plan. One of the key elements of that plan is Pandemic Premium Pay set at 12% of base salary, which is currently set to expire on Monday, June 15.

 **Now AFSCME has reached an agreement with the Pritzker Administration to extend that Premium Pay through June 30!**

As we had previously informed you, the Administration has also agreed to change the time frame for gaining an additional Personal Day: Anyone who worked all scheduled days between May 1 and May 31 will have a Personal Day added to their benefit account for use in 2021.

## Wofford, Cydney

**From:** Cydney Wofford <cydney.wofford92@gmail.com>
**Sent:** Thursday, December 9, 2021 7:00 PM
**To:** Wofford, Cydney
**Subject:** [External] Fwd: Premium Pay Update

---------- Forwarded message ---------
From: **AFSCME Council 31** <webaction@afscme31.org>
Date: Tue, Jun 30, 2020, 11:04 AM
Subject: Premium Pay Update
To: <cydney.wofford92@gmail.com>



Dear Cydney,

As you know, from the earliest days of the coronavirus pandemic our union has been working to ensure that state employees have the safest possible working conditions. But there's no doubt that many employees like you are on the job at worksites that have a higher incidence of COVID-19 cases, putting you at greater risk.

AFSCME made the case to the Pritzker Administration that your work in such high-risk settings deserved special recognition. The agreement that we reached with the Administration provided that recognition in the form of Pandemic Premium Pay, set at 12% of base salary, for April 16-June 30.

 **Today AFSCME has reached an agreement with the Pritzker Administration to extend that Pandemic Premium through July 31!**

The Administration has also agreed to continue the expanded leave benefit which provides that if you become ill with COVID-19, you will remain in pay status—without having to use any of your own benefit time—for as long as needed to recover from the virus. Moreover, the State will continue to waive all employee health care out-of-pocket costs related to testing and/or treatment of COVID-19.

1

AFSCME has been leading the fight in states across the country to press for action in the Senate on the kind of federal emergency funding to states that is so urgently needed. Here in Illinois, Senators Dick Durbin and Tammy Duckworth are already on board. But in other states, Republican senators have largely fallen in line behind McConnell's strategy to force drastic cuts on state governments.

**Second, and equally urgent, is voter approval of the Fair Tax constitutional amendment which will be on the ballot in Illinois in the upcoming election. AFSCME strongly supports the Fair Tax and urges union members to Vote Yes!**

The amendment will remove the constitution's ban on graduated tax rates like those that the federal government and 35 other states already have. It would trigger enactment of legislation already adopted by the General Assembly that would raise $3 billion in additional state revenues by raising taxes only on those who make more than $250,000 annually. Without the amendment, legislators would not have the option of ensuring that those with higher incomes pay taxes at a higher rate.

AFSCME made the case to the Pritzker Administration that much will depend on how these issues are resolved—whether there is a change of direction in the US Senate and whether there is tax reform in Illinois. If progress is made on both fronts, then there will be a path forward to stabilize state government and potentially continue the pandemic pay supplement.



**And here's the good news: With those possibilities for fiscal stability before us, the Administration has now agreed to extend the 12% pandemic pay supplement through October 31!**

In addition, the State will continue to provide the COVID-19 enhanced paid sick time benefit—which is actually more expansive than that provided by the FFCRA.

This alternative benefit plan is an important recognition that you are indeed "essential" and the work you are performing every day is vital to the public good. The threat posed by the coronavirus remains very real. If you need help to keep safe, don't hesitate to reach out to your local union or your Council 31 Staff Representative.

And remember—stay safe and stay AFSCME Strong!

In unity,

State of Illinois
Department of Central Management Services

Official Position Vacancy Bid Form

[Print Form]

For use by currently certified employees covered by the Personnel Code and agencies under the Governor's jurisdiction.
Complete this form along with the most recent CMS-100 and submit directly to the contact person named in the posting.

Posted Information

Posting Identification Number: 10-82-25307

Bargaining Unit: RC028

Position Title Applied For: Health Information Associate

Option, if applicable:

Agency/Bureau: DHS    Division/Facility: MMHC    County: COOK

Current Information

Name: Angela C. Williams    Last 4 Digits of Social Security Number: 2612

Current Position Title: Mental Health Technician I    Option, if applicable:

Agency/Bureau: DHS    Division/Facility: MMHC    County: COOK

Work Location Address: 1200 S. First Ave.

Section/Unit/Shift, if applicable: Pavilion 6, 2nd Shift    Bargaining Unit: RC009

Work Phone Number: 7083387400    Personal Phone Number: 7085106178

Home Address: 68 W. 144th St., Apt. D

I understand that promotional bidders must have submitted a Promotional Bidders Application (CMS-100B) or taken the required written and performance exam for the above position classification before the end of the posting period. Promotional Applications are to be submitted to the Division of Examining and Counseling, Department of Central Management Services, Room 500, Stratton Office Building, Springfield, Illinois 62706.

To facilitate the processing of bids and selection for the vacancy, it is requested that bidding employees select the appropriate following statement.

⦿ I have a current promotional grade for the position.

○ I have submitted a Promotional Application to the Department of Central Management Services for the above title, but have not yet received a grade notice.

    I submitted the Promotional Application on or about: _____

○ I have taken the appropriate written and performance examination based on the promotional program requirements.

    I took the performance examination on: _____

I hereby apply for:

○ Job Assignment/Shift Preference (same title)    ○ Upward Mobility Promotion
⦿ Promotion    ○ Reinstatement    ○ Lateral Transfer
○ Voluntary Reduction    ○ Merit System Transfer    ○ Parallel Pay Grade Movement

Signature: *Angela C. Williams*    Date: 8-21-2020

To be completed by Agency Personnel Only
Date Received:_____    Post Marked by Post Office:_____
Seniority Date: _____    Position Number: _____

Grade:_____ Promotional    Upward Mobility    List Date: _____

Job Assigned within Last year? Yes    No    Certified? Yes    No    Full Time    Part-time



**STATE OF ILLINOIS**
**DEPARTMENT OF CENTRAL**
**MANAGEMENT SERVICES**

# PROMOTIONAL EMPLOYMENT APPLICATION (CMS100B)

Complete the application in detail. Previous applications will NOT be considered. Omissions, variances or misstatements of material facts may cause forfeiture of rights to promotion in the service of the State of Illinois. Applications without necessary information or which are illegible will not be processed. It is preferred that all documents be completed using a personal computing device. Use ink if completing this document by hand. DO NOT USE THIS FORM TO APPLY FOR TRAINEE TITLES.

A separate application is required for each position title and option for which a grade is being sought. Attachments must be stapled to the back of this document. CMS cannot assume responsibility for unattached documents. Submit completed applications to: CMS Bureau of Personnel, Examining & Counseling Division, Stratton Office Building, Room 500, Springfield IL, 62706.

Beginning September 1, 2019, CMS will grade new promotional applications only if they are for a specific, posted vacancy.

Enter complete Position Title and Vacancy Posting Number applied for:

| | Office Use Only Leave Blank | Position Code | Exam Date | | |
|---|---|---|---|---|---|
| | | | Mo | Day | Yr |

Vacancy Posting Number **10-82-25307**

Position Title **Health Information Associate**  Option

Last Name Williams   First Name Angela   MI C   SSN **319622612**

Address 68 W. 144th St., Apt. D   County COOK   Birth Date (Opt.) 7/17/1974

City Riverdale   State IL   Zip 60827   Main Phone (708) 510-6178   Other Phone (708) 870-1466

Drivers License No. W45200374803   State IL   Issued (Mo/Yr) 7/19   Expires (Mo/Yr) 7/23

Restrictions NONE   Non-CDL A ☐ B ☐ C ☐ D ☒ L ☐ M ☐   CDL A ☐ B ☐ ENDR X ☐ N ☐

Only State employees currently employed under the jurisdiction of the Illinois Personnel Code may apply. Do not use this form for Trainee titles. Appointments from competitive promotional eligible lists may only be made for employees in a lesser title at the at the time of promotion. Indicate your current status by checking only one of the boxes below.

☒ I currently hold a position in which I am certified, or held certified status during my period of continuous service.

☐ I am currently in Trainee status and received my appointment in accordance with open competitive standards.

Current Payroll Title (include Option if applicable) Mental Health Technician **I**   Current Agency DHS

| Office Use Only Leave Blank | Agency | County |
|---|---|---|
| | | |

Email Address (required for communication about opportunities)

acwilliamsacw@yahoo.com

## SIGNATURE SECTION

I understand that I may be required to submit proof of previous employment, education, or any other statements in this application. I authorize release of this and other information covering job-related factors for the purpose of verification. I certify that **all** the information on this application is true and accurate and understand that misrepresentation of any material fact may be grounds for ineligibility or termination of employment.

_Angela C. Williams_   **8-21-2020**

Written Signature Required   Date

### CMS Office Use Only - Leave Blank

Examining Date Stamp:

| | | | |
|---|---|---|---|
| Ed: | | Rej. Qual | |
| A: | | Typing: | |
| B: | | By: | |
| C: | | Date: | |
| Total: | | Grade: | |

**10.** If your answer to either or both of the following questions is "yes", please provide a detailed explanation of the circumstances in the space provided.

A. Have you ever been fired from a job? (Downsize/layoff is not applicable.)

Yes ☐ No ☒

B. Are you currently in default on the repayment of any state educational loan?

Yes ☐ No ☒

State law provides that any employee who is in default on the repayment of any education loan for a period of six months or more and in the amount of $600 or more shall, as a condition of employment, make a satisfactory loan repayment arrangement with the maker or guarantor of the loan.

## EDUCATION

**11.** HIGH SCHOOL

High School Graduate or GED?    Yes ☒    No ☐

**12.** BUSINESS, TRADE, CORRESPONDENCE SCHOOL

| Business, Trade, Correspondence School:  Name and Address | Number of Years Attend | Time Full/Part | Subjects | Course Length | Completed Yes/No |
|---|---|---|---|---|---|
| BestMed Institute | 0 | Full | Basic Nursing Skills | 1 Month | Yes |
| AMS Medical Billing School | 0 | Part | Basic and Advance Medical Billing | 4 Months | Yes |
| | | | | | |

**13.** TECHNICAL/PROFESSIONAL LICENSE

| Technical/Professional License | Number | State Issued | Date Issued MM/YYYY | Expiration Date MM/YYYY |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**14.** EDUCATION REPORT: List your education accurately and completely. A copy of college transcripts/degrees may be required. The number of credit hours you have earned may be needed to meet the minimum requirements for some titles. This information is also useful for career counseling purposes.

All degrees and coursework will be validated using either a copy of the applicant's Official Transcripts or a copy of their diploma. The applicant will be responsible for submitting either a copy of their Official Transcripts or a copy of their diploma.

| Name and Address (City & State) of Colleges/ Universities Attended | Hours Earned | | Major | Minor | Number of Years | Level of Degree Earned |
|---|---|---|---|---|---|---|
| | SEM | QTR | Do Not Abbreviate | Do Not Abbreviate | Attended | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* LIST UNDERGRADUATE AND GRADUATE HOURS SEPARATELY
* DO NOT INCLUDE COURSES MORE THAN ONCE

| Fields of Study / List Actual Credit Hours Earned | Undergrad Hours Sem | Undergrad Hours Qtr | Graduate Hours Sem | Graduate Hours Qtr | Fields of Study / List Actual Credit Hours Earned | Undergrad Hours Sem | Undergrad Hours Qtr | Graduate Hours Sem | Graduate Hours Qtr | Fields of Study / List Actual Credit Hours Earned | Undergrad Hours Sem | Undergrad Hours Qtr | Graduate Hours Sem | Graduate Hours Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounting | | | | | Environmental Health | | | | | Microbiology | | | | |
| Actuarial Science | | | | | Epidemiology | | | | | Nursing (Specify) | | | | |
| Afro-American Studies | | | | | Finance | | | | | Park Management | | | | |
| Agriculture | | | | | Fire Science | | | | | Pastoral Counseling | | | | |
| Agronomy | | | | | Fish Management | | | | | Pharmacy | | | | |
| Animal Science | | | | | Food Service Management | | | | | Physics | | | | |
| Architecture | | | | | Foreign Language (Specify) | | | | | Political Science/Govt | | | | |
| Art | | | | | Forensic Science | | | | | Programming | | | | |
| Atmospheric Science | | | | | Forestry | | | | | Psychology | | | | |
| Audiovisual Instruction | | | | | Geography | | | | | Public Administration | | | | |
| Bacteriology | | | | | Geology | | | | | Radio - Television | | | | |
| Biochemistry | | | | | Genetics | | | | | Recreation | | | | |
| Biology | | | | | Guidance and Counseling | | | | | Rehab Counseling/Admin | | | | |
| Biostatistics | | | | | Health/Public Health | | | | | Risk Assessment | | | | |
| Botany | | | | | History | | | | | Secretarial Science | | | | |
| Business Admin/Mgmt | | | | | Home Economics | | | | | Social Work | | | | |
| Cell/Molecular Biology | | | | | Humanities | | | | | Sociology | | | | |
| Chemistry | | | | | Human Services | | | | | Soil Science | | | | |
| Computer Science | | | | | Hydrology | | | | | Speech and Drama | | | | |
| Conservation | | | | | Industrial Arts | | | | | Statistics | | | | |
| Criminal Justice Admin | | | | | Industrial Hygiene | | | | | Therapy (Specify) | | | | |
| Criminology | | | | | Insurance | | | | | Toxicology | | | | |
| Demography | | | | | Journalism | | | | | Urban Studies | | | | |
| Dietetics, Nutrition | | | | | Law (Specify) | | | | | Wildlife Management | | | | |
| Divinity/Theology | | | | | Law Enforcement | | | | | Zoology | | | | |
| Early Childhood Dev. | | | | | Library Science | | | | | Other: | | | | |
| Economics | | | | | Limnology | | | | | Other: | | | | |
| Education (Specify) | | | | | Mgmt. Info. Systems | | | | | Other: | | | | |
| Engineering (Specify) | | | | | Marketing | | | | | Other: | | | | |
| Engineering Technology | | | | | Mathematics | | | | | Other: | | | | |
| Environmental Science | | | | | Medical Records | | | | | Other: | | | | |
| English | | | | | Medical Technology | | | | | Other: | | | | |
| Entomology | | | | | Medicine | | | | | Other: | | | | |

Comment area to further specify the Fields of Study where noted in the previous table

**15. WORK HISTORY**

Complete this section in detail. All fields MUST be completed to be considered for grading. Begin with most recent position title and work backward. If you have an **extensive** work history with one employer, **list each change in position title separately** including duties and dates associated with each. Resumes submitted must be in same format as the application. Attach additional sheets/resumes to the application.

INCLUDE THE FOLLOWING INFORMATION:
- College internships/practicums successfully completed
- Military experience including dates, listing each change in rank and title
- Related volunteer experience including dates and hours worked

Current (or last) Employer    Madden Mental Health Center

Street Address    1200 S. First Ave                                   City    Hines                       State  IL

Position Title  Mental Health Technician I

Average Number of Hours Worked Per Week    37.5

Dates of Employment    Month  5    Year  2019    To    Month  ▼   Year        Total  Years        Months

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades    0    Professional    0    Technical/Para-Professional    0    Clerical    0    Administrative    0

Describe in detail the duties you performed in this position title:

Clerical: Perform written and oral instructions, exhibit extensive knowledge of policy, practice, and procedure, handle confidential files, meet operational objectives, perform supportive unit functions, maintain files/charts, document in files/charts, data entry, create unit forms, proofread documents, type reports, type patient notes, type incident reports, create various unit spreadsheets, take notes during meetings, check-in clients, check-in visitors, issue visitor badge in exchange for identification, assist complex clients, train new employees, conduct groups, conduct census, assist in conflict resolution, track stock of office supplies, assist walk-ins, maintain telephone records, perform as Front desk receptionist, perform as switchboard operator, operate multiple line telephone system, answer calls, redirect calls to appropriate unit or staff member, handle complex telephone inquiries, troubleshoot office equipment, operate Windows Microsoft Word, Excel, and Outlook proficiently, operate AS-400 proficiently, operate internet proficiently, accept new incoming mail and packages, type documents, operate scanning equipment, operate fax machine, operate copy machine, perform filing, proficiently operate desktop computers, operate standard manual and automated office equipment, use work methods to complete assignments, perform other duties within the scope of the duties enumerated above.

Reason for Leaving:  Current employee

| OFFICE USE – Leave Blank | Level: | Amt: |
|---|---|---|

CMS100 (Rev 4/2021)                                                                                    Page 4 of 14

Past Employer    Illinois Department of Human Rights

Street Address    100 W. Randolph St., 10-100          City   Chicago          State  IL

Position Title    Office Associate - Opt. 2

Average Number of Hours Worked Per Week    37.5

Dates of Employment    Month  3    Year  2019    To    Month  5    Year  2019    Total  Years  0    Months  2

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades    0    Professional    0    Technical/Para-Professional    0    Clerical    0    Administrative    0

Describe in detail the duties you performed in this position title:

Intake Unit: Assist Administrators and Investigative Unit, meet operational objectives, perform oral and written instruction, perform office support functions, type operational correspondence from format, ensure operational correspondence is properly prepared, code files for tracking on AS-400, prepare and organize new case files, case file organization and management, perform case file look-up and research, complete Monthly and Annual Assessment Reports for the unit, create spreadsheets on Microsoft Word and Excel, track documents on multiple databases, handle telephone inquiries, handle confidential documents, sort, log, and deliver mail, perform follow-up phone calls to clients, operate Front Desk/Switchboard, issue agency visitor badge, perform general office duties: perform filing, operate scanning equipment, operate fax machine, operate copy machine, assist disable employees daily with standard office functions, adhere to time frames, operate AS-400 proficiently, operate Microsoft Office 365, operate Excel Office 365, Outlook and E-Time proficiently, operate ALPHA (Access Label Process Handling Accessories), operate internet proficiently, exhibit extensive knowledge of policy, practice and procedure, operate standard manual and automated office equipment, perform specific technical functions as prescribed by management, perform other duties within the scope of the duties enumerated above.

Reason for Leaving:  Position hiring error

OFFICE USE - Leave Blank          Level:          Amt:

CMS100 (Rev 4/2021)          Page 5 of 14

Past Employer    Madden Mental Health Center

Street Address    1200 S. First Ave.    City  Hines    State  IL

Position Title  Mental Health Technician I

Average Number of Hours Worked Per Week    37.5

Dates of Employment    Month  10    Year  2014    To    Month  3    Year  2019    Total  Years  4    Months  5

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades    0    Professional    0    Technical/Para-Professional    0    Clerical    0    Administrative    0

Describe in detail the duties you performed in this position title:

Medical Records: Organize charts, prepares for facility's internal and external reviews, maintain charts, abstract charts, provide health information records; organize medical, psychological, and psychiatric terminology to reflect patients history; knowledge of federal and state regulations regarding confidentiality; knowledge of federal and state regulations regarding release of information; knowledge of HIPAA Laws to Release of Information and patient confidentiality; ability to analyze and interpret health information records; prepare patients population statistical report; reports patient changes, reports admissions, reports discharges; notifies appropriate persons when patients are discharged; transfer charts; maintain health information records; knowledge of medical, psychological and psychiatric terminology; report bed occupancy; proficient with Microsoft 10 and below, Microsoft Word, Microsoft Excel, and Outlook, operate AS-400 proficiently, handle confidential files; operate standard manual and automated office equipment; troubleshoot standard manual and automated office equipment; operate scanning equipment, operate fax machine, operate copy machine, operate multiple line telephone system, redirect calls to appropriate unit or staff member, retrieve messages, excellent working relationship with hospital staff, patients and the public, use work methods to complete assignments, perform other duties within the scope of the duties enumeraed above.

Reason for Leaving:  Medical Leave

| OFFICE USE - Leave Blank | Level: | Amt: |
|---|---|---|

CMS100 (Rev 4/2021)

Past Employer  Madden Mental Health Center

Street Address  1200 S. First Ave.                                    City  Hines                        State  IL

Position Title  Mental Health Technician I

Average Number of Hours Worked Per Week  37.5

Dates of Employment  Month  10   Year  2014   To   Month  3   Year  2019      Total  Years  4   Months  5

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades  0      Professional  0      Technical/Para-Professional  0      Clerical  0      Administrative  0

Describe in detail the duties you performed in this position title:

Clerical: Perform written and oral instructions, exhibit extensive knowledge of policy, practice, and procedure, handle confidential files, meet operational objectives, perform supportive unit functions, maintain files/charts, document in files/charts, perform data entry, create unit forms, proofread documents, type reports, type patient notes, type incident reports, create various unit spreadsheets, take notes during unit meetings, check-in clients, check-in visitors, issue visitor badge in exchange for identification, assist complex clients, train new employees, conduct groups, conduct census, assist in conflict resolution, track stock of office supplies, assist walk-ins, assist visitors, maintain telephone records, front desk receptionist, switchboard operator, operate multiple line telephone system: answer calls, redirect calls to appropriate unit or staff, handle complex telephone inquiries, troubleshoot office equipment, operate Microsoft Word, Excel, and Outlook proficiently, operate AS-400 proficiently, accept new incoming mail and packages, perform typing, operate scanning equipment, operate fax machine, operate copy machine, perform filing, prociently operate desktop computers, operate standard and automated office equipment, use work methods to complete assignments, perform other duties within the scope of the duties enumerated above.

Reason for Leaving:  Better employment opportunity

| OFFICE USE - Leave Blank | | Level: | | Amt: | |

CMS100 (Rev 4/2021)

Past Employer  Lydia Healthcxare

Street Address  13900 S. Lydia Ave.                          City  Robbins                         State  IL

Position Title  Mental Health Technician

Average Number of Hours Worked Per Week  40

Dates of Employment  Month 10  Year 2012  To  Month 10  Year 2014  Total Years 2  Months 0

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades  0  Professional  0  Technical/Para-Professional  0  Clerical  0  Administrative  0

Describe in detail the duties you performed in this position title:

Perform oral and written instructions, exhibit extensive knowledge of policy, practice, and procedure, handle confidential files, meet operational objectives, maintain files/charts, document in files/charts, proofread documents, type reports, type patient notes, type incident reports, check-in clients, check-in patients, issue building badges, assist complex clients, train new employees, conduct groups, conduct census, assist in conflict resolution, track stock of office supplies, front desk receptionist, operate switchboard, operate multiple line telephone system: answer calls, redirect calls to appropriate unit or staff member, perform support unit functions, handle complex telephone inquiries, troubleshoot office equipment, accept new mail and packages, operate fax machine, operate copy machine, perform filing, operate desktop computers proficiently, operate standard manual and automated office equipment, use work methods to complete assignments, perform other duties assigned within the scope of the duties enumerated above.

Reason for Leaving:  Better employment opportunity

| OFFICE USE - Leave Blank | Level: | Amt: |
|---|---|---|

CMS100 (Rev 4/2021)

Past Employer  Illinois Department of Human Rights

Street Address  100 W. Randolph St., 10-100        City  Chicago        State  IL

Position Title  Office Associate - Opt. 2

Average Number of Hours Worked Per Week  37.5

Dates of Employment  Month  11  Year  2006  To  Month  4  Year  2011  Total Years  4  Months  5

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades  0   Professional  0   Technical/Para-Professional  0   Clerical  0   Administrative  0

Describe in detail the duties you performed in this position title:

Supervisor Assistant; Assist administrators, assist investigations group, prepare monthly statistic reports, prepare and type various legal and binding correspondence for investigations group from formats, proofread and judge final legal and binding correspondence drafts, perform case maintenance, staff time-keeping, track documents on multiple tracking system, code files on AS-400 for tracking, meet operational objectives, perform oral and written instructions, exhibit extensive knowledge of policy, practice, and procedure, perform office support functions, perform secretarial support functions, perform clerical support functions, create calculating spreadsheets, adhere to time frames, utilize computerized systems independently, utilize various computer software, track documents on multiple databases, operate Microsoft Word, Excel, and Lotus Notes proficiently, operate AS-400 proficiently, operate internet proficiently, Intake unit processing; sort, log, and distribute mail, deliver mail and packages, accept, sort and track new incoming mail, handle confidential documents and files, assist with conflict resolution, handle complex clients, front desk receptionist, back desk receptionist, switchboard operator, operate multiple line telephone system, direct calls to appropriate staff members, log telephone records, handle complex telephone inquiries, assist walk-in clients, perform data entry, perform typing, perform filing, operate fax machine, operate copy machine, operate standard manual and automated office equipment, perform other duties within the scope of the duties enumerated above.

Reason for Leaving:  State contract terminated

| OFFICE USE - Leave Blank | Level: | Amt: |
| --- | --- | --- |

CMS100 (Rev 4/2021)

Past Employer   Illinois Department of Human Rights

Street Address  100 W. Randolph St., 10-100          City  Chicago          State  IL

Position Title  Office Associate

Average Number of Hours Worked Per Week    37.5

Dates of Employment   Month 11   Year 2006   To   Month 4   Year 2011      Total Years  4   Months  5

Supervisory Responsibility: If you supervised employees, record the number supervised in the following categories:

Manual/Trades   0   Professional   0   Technical/Para-Professional   0   Clerical   0   Administrative   0

Describe in detail the duties you performed in this position title:

Clerical: Assist investigation groups, meet operational objectives, perform oral and written instructions, exhibit extensive knowledge of policy, practice, and procedure, handle confidential documents and files, prepare various legal and binding correspondence for investigators, type legal and binding documents from formats, proofread and judge final legal and binding documents, create calculating spreadsheets, handle priority mail, file maintenance on computerized system, perform data entry, perform typing, operate fax machine, operate copy machine, operate standard manual and automated office equipment, receptionist, back desk switchboard operator, front desk switchboard operator, operate multiple line telephone system, answer calls, redirect calls to appropriate unit or staff member, log telephone records, perform follow-up calls, handle complex telephone inquiries, redirect calls to appropriate staff member, assist walk-in clients, perform filing, perform copying, perform faxing, perform general office duties, operate standard manual and automated office equipment, assist in the performance of specific technical functions as prescribed by management and supervision, operate AS-400 proficiently, operate internet proficiently, operate Microsoft Word, operate Excel, operate Lotus Notes and Outlook proficiently, perform other duties within the scope of the duties enumerated above.

Reason for Leaving: State contract terminated

| OFFICE USE - Leave Blank | Level: | Amt: |
| --- | --- | --- |

CMS100 (Rev 4/2021)

Past Employer   Illinois Department of Human Rights

Street Address   100 W. Randolph St., 10-100     City   Chicago     State   IL

Position Title   Office Associate

Average Number of Hours Worked Per Week   37.5

Dates of Employment   Month   11   Year   2006   To   Month   4   Year   2011   Total   Years   4   Months   5

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades   0   Professional   0   Technical/Para-Professional   0   Clerical   0   Administrative   0

Describe in detail the duties you performed in this position title:

Reader: Meet operational objectives, exhibit extensive knowledge of policy, practice and procedure, perform complex oral and written instructions, perform office support functions, perform secretarial functions, perform clerical support functions, assist disabled employee with computer functions, adhere to time frames, ensure timely outgoing correspondence, assist disabled employees with difficult daily tasks, read all legal and binding correspondence, read legal and binding opening statements for conferences, assist with file construction, assist with case management, perform case organization, assist disabled employees with standard office functions, use computerized systems independently, operate AS-400 proficiently, operate internet proficiently, operate Microsoft Word proficiently, operate Excel proficiently, and operate Outlook proficiently, operate multiple line telephone system, perform typing, perform filing, operate fax machine, operate copy machine, operate standard and automated office equipment, troubleshoot standard and automated office equipment, use work methods to complete assignments, perform any duties within the scope of the duties enumerated above.

Reason for Leaving:  State contract terminated

| OFFICE USE - Leave Blank | Level: | Amt: |
| --- | --- | --- |

CMS100 (Rev 4/2021)

Past Employer   JP Morgan Chase

Street Address   131 S. Dearborn St., 10th Fl.          City   Chicago          State   IL

Position Title   Commercial Operations Senior Specialist II

Average Number of Hours Worked Per Week   40

Dates of Employment   Month   10   Year   1996   To   Month   5   Year   2005   Total Years   8   Months   7

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades   0   Professional   0   Technical/Para-Professional   0   Clerical   8   Administrative   2

Describe in detail the duties you performed in this position title:

Temporary Supervisory Duties: supervised Administrative Desk, supervised processing team of 10, trained new employees, assist management with Quarterly High Performance Reviews, assign and distribute daily incoming documents, create processing teams, handle confidential files and documents, process incoming documents on multiple computerized tracking systems, create spreadsheets, submit correspondence for processing and verification, verified completed document process, prepare monthly reports, perform file maintenance, perform file organization, assist in conflict resolution, track stock of office supplies, handle complex phone inquiries, handle complex phone processing, investigate rejected correspondence, perform follow-up calls, proofread documents, document verifications, utilize multiple computer systems, sort documents, meet operational objectives, exhibit extensive knowledge policy, practice and procedure, perform complex oral and written instructions, perform office support functions, perform secretarial support functions, perform clerical support functions, adhere to time frames, perform data entry, operate Lotus Notes proficiently, operate Microsoft Word, Excel, and Lotus Notes proficiently, perform typing, perform copying, perform filing, operate fax machine, operate copy machine, operate standard manual and automated office equipment, use work methods to complete assignments, operate multiple line telephone system, perform other duties within the scope of the duties enumerated above.

Reason for Leaving:  Department terminated

| OFFICE USE - Leave Blank | | Level: | Amt: |
| --- | --- | --- | --- |

CMS100 (Rev 4/2021)

Past Employer  JP Morgan Chase

Street Address  131 S. Dearborn St., 10 Fl.          City  Chicago          State  IL ▾

Position Title  Commercial Operation Senior Specialist I

Average Number of Hours Worked Per Week  40

Dates of Employment  Month 10 ▾  Year 1996  To  Month 5 ▾  Year 2005     Total Years 8  Months 7

Supervisory Responsibility:  If you supervised employees, record the number supervised in the following categories:

Manual/Trades  0     Professional  0     Technical/Para-Professional  0     Clerical  8     Administrative  2

Describe in detail the duties you performed in this position title:

Administrative Desk: operate Administrative Desk, assist manager and clerks, process corporate credit card bills, received and analyze all new incoming documents for pertinent information, create spreadsheets, logged new incoming correspondence utilizing multiple tracking computerized system, assign processing teams, assign and investigate incomplete documents, investigate mis-routed documents, assist with complex customer inquiries, assign new incoming work through Lotus Notes, organize, calculate and input department statistics daily, prepare Quarterly High Performance Reviews on databases, handle confidential files, meet with management monthly to discuss work progression, assist management with implementing new database conversion, assist management with new database training, managed relocation project, assist with conflict resolution, track stock of office supplies and place orders, interpret department policy, practice and procedure for internal and external customers, operate multiple line telephone system, meet operational objectives, exhibit extensive knowledge of policy, practice and procedure, perform complex oral and written instructions, perform office support functions, perform secretarial support functions, perform clerical support functions, perform typing, perform filing, operate fax machine, operate copy machine, operate standard manual and automated office equipmemt, utilize work methods to complete assignments, perform other duties within the scope of the duties enumerated above.

Reason for Leaving:  Departmemt terminated

| OFFICE USE - Leave Blank | Level: | Amt: |
|---|---|---|

CMS100 (Rev 4/2021)

**ADDITIONAL INFORMATION**

• State law requires that you furnish certain information about your child support obligations at the time you are hired. The possibility of employment is not affected by a child support obligation or default in payment.
• As a condition of employment, state law requires that "every male born on or after January 1, 1960, and less than 27 years old, shall submit documentation, at time of appointment, evidencing his registration with the Federal Selective Service System."
• In compliance with the state and federal constitutions, the Illinois Human Rights Act, the U.S. Civil Rights Act, the Americans with Disabilities Act, and Section 504 of the Federal Rehabilitation Act, the Department of Central Management Services does not discriminate in employment, contracts, or any other activity. If you have a complaint, please contact the Department of Central Management Services at 217/782-7100 (voice) or the Illinois Relay Center at 800/526-0844.
• Pursuant to Public Act 93-0211, effective January 1, 2004, (20 ILCS 2630/12 (a)) and Public Act 93-0912, effective August 12, 2004, (705 ILCS 405/5-915 (8)(a)), respectively, applicants seeking employment with the State of Illinois are not obligated to disclose an arrest or conviction record that has been expunged or sealed, nor an expunged juvenile record. Employers may not ask if an applicant has had records expunged or sealed. Neither Public Act applies to law enforcement agencies, the Department of Corrections, State's Attorneys or other prosecutors.
• Central Management Services requests disclosure of information that is necessary to accomplish its obligations, primarily the statutory purposes outlined under the Personnel Code (20 ILCS 415). Disclosure of the information requested on this form is mandatory, and failure to provide requested information may result in rejection of this form or delay in making a determination on eligibility or employment. Social Security numbers are used in the application and employment processes to identify and differentiate between candidates and/or employees. Confidentiality of Social Security numbers obtained through this application process will be preserved as prescribed by 5 ILCS 179 et seq.

**16.** This application may be utilized as the actual test for some titles. Completed application should be submitted to the contact listed on the posting.

Drivers License No.  W45200374803        State IL ▢  Month/Year Expires  07/23

Restrictions  None        Non-CDL A ☐ B ☐ C ☐ D ☒ L ☐ M ☐  CDL A ☐ B ☐ ENDR X ☐ N ☐

## EQUAL OPPORTUNITY (Optional)

The State of Illinois is an Equal Opportunity Employer. To assist in the accomplishment of Affirmative Action goals, we invite you to complete the following information. Completion of this information is not required. Check **ONE box** and, if applicable, check the appropriate Disability box.

| Female | Male | Ethnicity |
|--------|------|-----------|
| ☐ A | ☐ G | **White** not of Hispanic Origin. A person having origins in any of the original peoples of Europe, North Africa or the Middle East. |
| ☒ B | ☐ H | **Black or African American** not of Hispanic Origin. A person having origins in any of the black racial groups of Africa. |
| ☐ C | ☐ J | **American Indian or Alaska Native**. A person having origins in any of the original peoples of North and South America, including Central America, and who maintains tribal affiliation or community attachment. |
| ☐ D | ☐ K | **Asian**. A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent, including, but not limited to, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ E | ☐ L | **Hispanic or Latino**. A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish Culture or origin, regardless of race. |
| ☐ P | ☐ Q | **Native Hawaiian or Other Pacific Islander**. A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☐ Z | | **Prefer Not to Answer** |

Are you an Individual with a Disability?    Yes ☒ No ☐    Prefer Not to Answer ☐

## State of Illinois Assessment Centers, Testing and Career Counseling Information

CMS100 (Rev 4/2021)

**THIS POSITION IS LOCATED IN DMH CENTRAL OFFICE

MADDEN MENTAL HEALTH CENTER

REGIONAL ADMINISTRATOR
FELIX RODRIGUEZ
40070-10-76-000-20-01
Merit Comp; Exempt Appt; 4d3, Rutan Exempt

REG 1 SOUTH NTWK MGR

SR PUB SERV ADMIN
CONSTANCE WILLIAMS
40070-10-82-000-00-01
4D3 EXEMPT

EXEC SECRETARY 3
VACANT
14033-10-82-000-00-01
Merit Comp; Rutan Exempt

ADMIN ASST 1
ROSA TREVINO-ALI
00501-10-76-000-00-21
RC028

MH REC SUPT SPEC 2
VACANT
26922-10-82-000-00-21

MANG OPER ANALYST
VACANT
25542-10-82-000-00-21

CONTRACT MANAGER
PUB SERV ADMIN
VACANT
37015-10-82-999-10-21
B/U RC063

SOC SRV PROG PLNR 3
LINNIE TEAGUES
41313-10-82-999-10-21

REG 1 REGIONAL EXECUTIVE DIRECTOR

SR PUB SERV ADMIN
VACANT
40070-10-82-000-00-21
4D3 EXEMPT

EXEC SECRETARY 3
VACANT
14033-10-82-000-00-21

MH REC SUPT SPEC 2
VACANT
26922-10-82-000-00-29

HOSPITAL ADMIN
SR PUB SERV ADMIN
VACANT
40070-10-82-100-00-21
4D2 EXEMPT

SEE PAGE 2

ADMIN ASSISTANT 2
DORUANA BROWN
00502-10-82-000-00-21
RC028

COMMUNITY SERV DIR
PUB SERV ADMIN
VACANT
37015-10-82-200-00-22
B/U RC063

SOC SRV PROG PLNR 3
VACANT
41313-10-82-999-00-21

UTILIZATION REVIEW
REGISTERED NURSE 2
VACANT
38132-10-82-000-01-01

CONTRACT MANAGER
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-999-00-21
B/U RC063

SOC SERV PROG PLNR 4
VERONICA TRIMBLE
41314-10-82-999-00-22

MANG OPERS ANALYST 2
VACANT
25542-10-82-999-00-21

MADDEN
8/11/21
Page 1



MADDEN MENTAL HEALTH CENTER

**HOSPITAL ADMINISTRATOR**
SR PUB SERV ADMIN
MARQUISE BYERS
40070-10-82-100-00-21
4D2 EXEMPT

**ADMIN ASSIST 1**
ERIN TISHKA
00501-10-82-000-00-01
CF028

**HUMAN RESOURCES**
PUBLIC SERV ADMIN
LUZ AGOSTO
37015-10-82-100-00-21
MC CF063

HR REPRESENTATIVE
MAGDALENA KOPEC
VAL LAIRD
19692-10-82-100-00-21

HR SPECIALIST
VACANT
19693-10-82-200-00-21

HR REPRESENTATIVE
ROBIN MILLARD-SPRAGACINO
19692-10-82-100-10-21

**STAFF DEVELOP TRAINING**
PUBLIC SERV ADMIN
ANTONIO CHAMPION
37015-10-82-422-00-21
RC063

**MEDICAL SERVICES**
MED ADMIN II OPT D
VACANT
26403-10-82-400-00-21

SEE PAGE 3

**QUALITY ASSURANCE**
PUBLIC SERV ADMIN
ALFRED GAKUNGA
37015-10-82-400-00-21
MC MG063

SEE PAGE 12

**SUPPORT SERVICES**
PUBLIC SERVICE ADMIN
JACQUELINE YOUNG
37015-10-82-120-00-21
B/U RC063

SEE PAGE 13

**SAFETY**
EXECUTIVE I
LIJO SIMON
13851-10-82-430-00-21

**SECURITY**
SECURITY OFFICER CHIEF
DARRELL SANDERS
39875-10-82-100-00-21

SEE PAGE 14

**INFORMATION SERVICES**
PUBLIC SERVICE ADMIN
FENQIANG LIU
37015-10-82-130-00-21
B/U RC063

INFO SYS ANALYST 2
VACANT
21166-10-82-130-00-01

INFO SYS ANALYST 1
MIA GRABER
GUANGHE LIN
21165-10-82-130-10-01

**FISCAL SERVICES**
PUBLIC SERVICE ADMIN
STEVEN MILLER
37015-10-82-310-00-21
MC GB063

SEE PAGE 15

MADDEN
8/11/21
Page 2



MADDEN MENTAL HEALTH CENTER

MEDICAL SERVICES
MED ADMIN 2 OPT D
VACANT
26403-10-82-400-00-21

OFFICE ASSOCIATE
VACANT
30015-10-82-400-00-21
ADMIN ASSISTANT 1
VACANT
00501-10-82-400-00-21
RC028

ASSOC MEDICAL DIR
MED ADMIN I OPTION D
VACANT
26401-10-82-600-00-21
SEE PAGE 5

LAB SERVICES
PUBLIC SERV ADMIN
VACANT
37015-10-82-431-00-21
BIU RC063
CLINICAL LAB PHLEBOT
KAREN HUTCHERSON
KIMBERLY PASSMORE
08213-10-82-431-00-21

CENTRAL MEDICAL ADMIN
MED ADMIN I OPTION D
VACANT
26401-10-82-400-00-22
SEE PAGE 4

CLINICAL DIRECTOR/PSYC
SERVICES
SR PUBLIC SERV ADMIN
DORIANNE LAPLANTE
40070-10-82-410-00-01
TERM APPT

SOCIAL WORK SERVICES
PUBLIC SERV ADMIN
FELICIA GRAY
37015-10-82-480-00-21
MC – SV063
SEE PAGE 11

CONSUMER SPECIALIST
MH REC SUPT SPEC 1
DENISE LAWRENCE
26921-10-82-410-10-21
PSYC SERVICES
SR PUBLIC SERV ADMIN
VACANT
40070-10-82-410-00-21
TERM APPT
SEE PAGE 14

EXEC SECRETARY I
GLADYS HARDMAN
14031-10-82-400-00-21

NURSING SERVICES
SR PUBLIC SERV ADMIN
VACANT
40070-10-82-500-00-21
4D5 EXEMPT
SEE PAGE 6



MADDEN
8/11/21
Page 3

CENTRAL MEDICAL ADMIN

MED ADMIN 1 OPT D
VACANT
26401-10-82-400-00-22

PHYS SPEC OPT B
HUBERT FERNANDES
STANLEY SIMS
UDAY TALWALKER
JOLLY VARGHESE
32222-10-82-400-00-21

PHYS SPEC OPT B
AZAZUDDIN AHMED
ELISA SCOTT
32222-10-82-400-10-21

PHYS SPEC OPT A
VACANT
32221-10-82-400-00-21

PHYS SPEC OPT A
DR.LESLEY CHARLES
32221-10-82-400-10-21

MADDEN MENTAL HEALTH CENTER

CENTRAL MEDICAL ADMIN



MADDEN MENTAL HEALTH CENTER

MADDEN MENTAL HEALTH CENTER



NURSING SERVICES
SR PUBLIC SERV ADMIN
VACANT
40J070-10-82-500-00-21
4D5 TERM

UTILIZATION REVIEW
REGISTERED NURSE 1
VACANT
38131-10-82-421-00-21

OFFICE ASSOCIATE
VACANT
30015-10-82-500-00-21

OFFICE ASSOCIATE
VACANT
30015-10-82-570-30-21

OFFICE ASSOCIATE
VACANT
30015-10-82-570-60-21

MH TECH TRAINEE
VARIES
27020-10-82-570-10-21

MH TECH TRAINEE (SS)
VARIES
27020-10-82-570-10-29

ASSOC NURSING DIR
PUBLIC SERVICE ADMIN
BEATRIZ BRAVO
37015-10-82-570-00-21
MC-MG063

PAVILION 3
PUBLIC SERV ADMIN
VACANT
37015-10-82-570-50-21
MC-GB063

SEE PAGE 7

PAVILION 4
PUBLIC SERV ADMIN
EMMANUELLA UMUNNA
37015-10-82-570-30-21
MC-GB063

SEE PAGE 7

INTAKE – SEE PAGE 9

PAVILION 2
PUBLIC SERVICE ADMIN
VERONICA SAMONTE
37015-10-82-570-60-21
MC-GB063

SEE PAGE 8

PAVILION 5
PUBLIC SERVICE ADMIN
BERNARDITA CRUZ
37015-10-82-570-80-21
MC-GB063

SEE PAGE 8

PAVILION 8
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-570-40-21
MC-GB063

SEE PAGE 8

PAVILION 11
PUBLIC SERVICE ADMIN
SARAH ALEXANDER
37015-10-82-570-70-21
MC-GB063

SEE PAGE 8

MADDEN
8/11/21
Page 6





MADDEN MENTAL HEALTH CENTER

PAVILION 4
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-570-30-21
MC-GB063

PAVILION 3
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-570-50-21
MC-GB063

REGISTERED NURSE II
VACANT
38132-10-82-570-30-29
SS

REGISTERED NURSE II
VARIES
38132-10-82-570-30-21

MH TECH III
VARIES
27013-10-82-570-30-21

MH TECH III
VACANT
27013-10-82-570-30-29
SS

REGISTERED NURSE I
VARIES
38131-10-82-570-30-21

REGISTERED NURSE I
VACANT
38131-10-82-570-30-29
SS

LIC PRAC NURSE II
VARIES
23552-10-82-570-30-21

LIC PRAC NURSE II
VAREIS
23552-10-82-570-30-20
SS

MH TECH II
VARIES
27012-10-82-570-30-21

MH TECH II
VARIES
27012-10-82-570-30-22
SS

MH TECH I
VARIES
27011-10-82-570-10-21

MH TECH I
VARIES
27011-10-82-570-20-29
SS

MADDEN
8/11/21
Page 7

MADDEN MENTAL HEALTH CENTER

**PAVILION 11**
PUBLIC SERVICE ADMIN
SARAH ALEXANDER
37015-10-82-570-70-21
MC-GB063

OFFICE ASSOCIATE
VACANT
30015-10-82-570-70-21

**PAVILION 8**
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-570-40-21
MC-GB063

REGISTERED NURSE II
VACANT
38132-10-82-570-30-29
SS

MH TECH III
VARIES
27013-10-82-570-30-21

MH TECH III
VACANT
27013-10-82-570-30-29
SS

MH TECH II
VARIES
27012-10-82-570-30-21

MH TECH II
VARIES
27012-10-82-570-30-22
SS

MH TECH I
VARIES
27011-10-82-570-10-21

MH TECH I
VARIES
27011-10-82-570-20-29
SS

**PAVILION 5**
PUBLIC SERVICE ADMIN
BERNARDITA CRUZ
37015-10-82-570-80-21
MC-GB063

REGISTERED NURSE II
VARIES
38132-10-82-570-30-21

REGISTERED NURSE I
VARIES
38131-10-82-570-30-21

REGISTERED NURSE I
MARICELA PEREZ
38131-10-82-570-30-29
SS

LIC PRAC NURSE II
VARIES
23552-10-82-570-30-21

LIC PRAC NURSE II
VAREIS
23552-10-82-570-30-20
SS

**PAVILION 2**
PUBLIC SERVICE ADMIN
VERONICA SAMONTE
37015-10-82-570-60-21
MC-GB063

OFFICE ASSOCIATE
VACANT
30015-10-82-570-60-21

MADDEN
8/11/21
Page 8



MADDEN MENTAL HEALTH CENTER

ASSOC NURSING DIR
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-570-00-21
MC GB063

HEALTH SERVICES
REG NURSE 2
PERFECTO BERMUDEZ
38132-10-82-530-00-21

PUB SERV ADMIN
VACANT
37015-10-82-500-00-23
MC GB063

PUB SERV ADMIN
VACANT
37015-10-82-500-00-22
MCGB003

PUB SERV ADMIN
VACANT
37015-10-82-500-00-21
MC GB063

REGISTERED NURSE II
HYACINTH CATEDRAL
ROBERTO DILINILA
RHODORA ROA
38132-10-82-570-91-01

REGISTERED NURSE I
SANDRA COOK
JOBIN JOSEPH
TEBE OGBA
JOJAN PHILIP-JOSE
38131-10-82-570-91-01
REGISTERED NURSE I
CLAUDIA GALVEZ
38131-10-82-570-91-29
LIC PRAC NURSE 2
VACANT
23552-10-82-570-91-01

MH TECH II
TALVIN GIBSON
CYNTHIA HICKS
27012-10-82-570-91-01

MADDEN
8/11/21
PAGE 9



MADDEN MENTAL HEALTH CENTER

PSYCHOLOGY SERVICES
SR PUB SERV ADMIN
VACANT
40070-10-82-410-00-21
TERM APPT

INTAKE
PSYCHOLOGIST III
VACANT
35613-10-82-200-10-21

PAVILIONS
CLINICAL PSYCH
RICHARA JENNINGS
08250-10-82-610-70-21
PSYCHOLOGIST III
VACANT
35613-10-82-610-70-21
SOCIAL WORKER 2
VACANT
41412-10-82-610-/0-21

PAVILION 8
PSYCHOLOGIST III
VACANT
35613-10-82-610-80-21

PAVILIONS
PSYCHOLOGIST III
VACANT
35613-10-82-600-10-21

ACTIVITY THERAPY SERV
ACT THERAPY SUPV
ROBERTO REQUENA
10-82-720-30-21

ACT THERAPY COORD
VACANT
00160-10-82-720-00-21

ACTIVITY THERAPIST
VACANT
00157-10-82-710-80-21

ACTIVITY THERAPIST
VACANT
00157-10-82-720-40-21

ACTIVITY THERAPIST
VACANT
00157-10-82-720-20-21

REHAB SERVICES
REHAB COUNSELOR
VACANT
38145-10-82-700-00-22

PAVILION 4
PSYCHOLOGIST III
VACANT
35613-10-82-600-40-21

ACT THERAPY COORD
VACANT
00160-10-82-710-00-21

ACTIVITY THERAPIST
VACANT
00157-10-82-710-60-21

ACTIVITY THERAPIST
CARLY CRUSIUS
JUSTIN WHITE
00157-10-82-710-00-21

ACTIVITY THERAPIST
VACANT
00157-10-82-710-70-21

PAVILION 3
CLINICAL PSYCH
DAVID TROSMAN
08250-10-82-600-30-21
CLINICAL PSYCH
VACANT
08250-10-82-600-30-29
PSYCHOLOGIST II
VACANT
35612-10-82-600-30-21

PAVILION 2
CLINICAL PSYCH
TERESA NEELIYARA
08250-10-82-610-60-21
PSYCHOLOGIST III
VACANT
35613-10-82-610-60-21

MADDEN
8/11/21
Page 10



MADDEN MENTAL HEALTH CENTER

SOCIAL WORK SERVICES

**SOCIAL WORK SERVICES**

PUBLIC SERVICE ADMIN
FELICIA GRAY
37015-10-82-480-00-21
MC SV063

SOCIAL WORKER I
VACANT
41411-10-82-480-00-21

**PAVILION 2**
SOCIAL WORKER III
TAMMY NAGEL
41413-10-82-482-00-21

**PAVILION 2**
SOCIAL WORKER III
VACANT
41413-10-82-482-00-22

**PAVILION 3**
SOCIAL WORKER III
VACANT
41413-10-82-483-00-29

SOCIAL WORKER II
JASMINE BAILEY
PRISCILLA EVANS
JAIME GEORGE
MICHELLE HOLLAND
VERA HOSLEY
TINA JACKSON
RASHAD KILBERT
SAJI MALUTHURUTHEL
HAMIDA NAFICY
41412-10-82-483-00-21

SOCIAL WORKER II
VACANT
41412-10-82-483-00-22

SOCIAL WORKER II
PAMELA BENITEZ
ESTHER ELLISON
41412-10-82-483-00-29

HAB PROG COORD
VACANT
17960-10-82-482-00-21

**INTAKE**
PUBLIC SERVICE ADMIN
VACANT
37015-10-82-481-00-21
MC GB063

**DAY SHIFT**
SOCIAL WORKER IV
VACANT
41414-10-82-481-10-21

SOCIAL WORKER III
VACANT
41413-10-82-481-10-21

SOCIAL WORKER II
JOSE PAZHAMPALLY
41412-10-82-481-10-21

**EVENING SHIFT**
SOCIAL WORKER IV
VACANT
41414-10-82-481-20-21

SOCIAL WORKER III
AGATA CZECHURA
41413-10-82-481-20-21

SOCIAL WORKER II
KATUNGE MUSAU
41412-10-82-481-20-21

**NIGHT SHIFT**
SOCIAL WORKER IV
VACANT
41414-10-82-481-30-21

SOCIAL WORKER III
VACANT
41413-10-82-481-30-21

SOCIAL WORKER II
JOJOMON MATHAI
41412-10-82-481-30-21

MADDEN
8/11/21
PAGE 11





MADDEN MENTAL HEALTH CENTER

**QUALITY ASSURANCE**

PUBLIC SERVICE ADMIN
ALFRED GAKUNGA
37015-10-82-400-00-21
MC MG063

**OFFICE COORDINATOR**
SINDE MENDOZA
30025-10-82-400-00-01

**QUALITY IMPROVEMENT MGR**

EXECUTIVE II
SHARON WHITE
13852-10-82-420-00-21

**HEALTH INFORMATION**

HEALTH INFO ADMIN
MARQUITA COOPER
18041-10-82-440-00-21

**REGISTRATION**

OFFICE ADMIN III
VACANT
29993-10-82-441-00-21

OFFICE ASSOCIATE
VACANT
30015-10-82-443-00-21

**STATISTICS**

HEALTH INFO ASSOCIATE
NOLA WARDELL
18045-10-82-443-00-21

HEALTH INFO ASSOCIATE
VACANT
18045-10-82-443-00-29

HEALTH INFO TECHNICIAN
COLLEEN KERRIGAN
18047-10-82-443-00-21

**STAFF DEV & TRAINING**

PUBLIC SERVICE ADMIN
ANTONIO CHAMPION
LORRIE SMIETANSKI
37015-10-82-422-00-21
B/U RC063

MADDEN
8/11/21
Page 12



MADDEN MENTAL HEALTH CENTER

SUPPORT SERVICES

SUPPORT SERVICES

PUBLIC SERVICE ADMIN
JACQUELINE YOUNG
37015-10-82-120-00-21
B/U RC063

OFFICE ASSOCIATE
VACANT
30015-10-82-316-00-23

HOUSEKEEPING

BUSINESS MANAGER
PATRICIA ORTIZ
05815-10-82-320-00-21

EVENING SHIFT

SUPT SVC WORKER
VARIES
44238-10-82-320-01-22

DAY SHIFT

SUPT SERV COORD I
KENT THOMAS
DION ROSS
44221-10-82-320-01-21

SUPT SVC WORKER
VARIES
44238-10-82-320-01-21

SUPT SVC WORKER
VARIES
44238-10-82-321-00-21

SECURITY

SECURITY OFF CHIEF
DARRELL SANDERS
39875-10-82-220-00-21

SEE PAGE 14

SUPT SERV WORKER
VARIES
44238-10-82-351-02-21

EVENING SHIFT

SUPT SERV COORD I
REKIETHA VANZANT
44221-10-82-351-02-21

SUPT SERV WORKER
VARIES
44238-10-82-351-02-29

COOK II
EDWARD CORRAL
09602-10-82-350-02-21

COOK I
VACANT
09601-10-82-350-01-21

DIETARY SERVICES

PUBLIC SERV ADMIN
VACANT
37015-10-82-350-00-21
MC MG063

DIETARY MANAGER 1
LINDA HALL
12501-10-82-350-00-21

OFFICE ASSISTANT
VACANT
30010-10-82-350-00-21

DIETITIAN
GERALD ERNAT
12510-10-82-350-00-21

DAY SHIFT

SUPT SERV COORD I
TEREZ STAFFORD
44221-10-82-351-01-21

COOK II
TANYA GRAY
09602-10-82-350-01-21

COOK I
VACANT
09601-10-82-350-02-21

SUPT SERV WORKER
VARIES
44238-10-82-350-02-21

SUPT SERV WORKER
VARIES
44238-10-82-350-01-21

SUPT SERV WORKER
VARIES
44238-10-82-351-01-21



| HOSPITAL ADMINISTRATOR | SR PUBLIC SER ADMIN MARQUISE BYERS 40070-10-82-100-00-21 4D2 EXEMPT |
|---|---|

SECURITY

SECURITY OFFICER CHIEF
DARRELL L SANDERS
39875-10-82-100-00-21

SEC OFFICER LIEUT
IRVIN WOFFORD
39876-10-82-100-00-21

SEC OFFICER SGT
ALBERT JOHNSON
39877-10-82-100-00-21

SEC OFFICER SGT
VACANT
39877-10-82-100-00-29

SECURITY OFFICER
MOISES GONZALEZ
39870-10-82-100-00-29

SECURITY OFFICER
TODD BANKS
FLORETTA BAUSEMEN
MARCIA BRAGG
EDUARDO CERVANTES
JAMAR EDWARDS
ALEXANDER HAMILTON
MAURICE HARRIS
KENNETH JOHNSON
FRANCOIS LEACH
JAMES MARENCHE
MARCUS MENDOZA
RICARDO OCAMPO
MIGUEL RAMIREZ
ROBERT STADEKER
SELINA WINSTON-LUMPKINS
CYNDEY WOLFORD
TYWAIN CARTER
39870-10-82-100-00-21

MADDEN MENTAL HEALTH CENTER



MADDEN
08/11/21
Page 14



**MADDEN MENTAL HEALTH CENTER**

**FISCAL SERVICES**

FISCAL SERVICES
PUBLIC SERVICE ADMIN
STEVEN MILLER
37015-10-82-310-00-21
MC GB063

OFFICE ASSOCIATE
VACANT
30015-10-82-700-00-21

CONTRACTUAL SVCS
OFFICE COORDINATOR
VACANT
30025-10-82-310-00-21

PROP CNTROL/STORES
STOREKEEPER III
ROBERT MALISZEWSKI
43053-10-82-311-00-22

STOREKEEPER I
MARCOS DELEON
DAVID GONZALEZ
STEVEN NASH
43051-10-82-311-00-21

STAT ENGINEER CHIEF
VACANT
42610-10-82-310-00-21

OFFICE ASSOCIATE
VACANT
30015-10-82-310-00-21

CARPENTER
MICHAEL CAPUTO
06550-10-82-310-00-21

ELECTRICIAN
MICHAEL MICHALIK
13200-10-82-310-00-21

MAINT WRK POWER PLNT
STEPHEN SCHUCH
25510-10-82-310-00-21

PAINTER
JOSEPH PETTRONE
30800-10-82-310-00-21

PLUMBER
CRAIG GUNDER
FELIX VELAZQUEZ
32900-10-82-310-00-21

STAT ENGINEER
KIMBLE BARRETT
KEVIN BURKE
DAVID EARNISSE
WALTER GNIADEK IV
ERIC STRASSER
42600-10-82-310-00-21

STEAMFITTER
VACANT
42800-10-82-310-00-21

MAINT EQUIP OPER
SALVATORE DELEURENTIS
ANDRES HERNANDEZ
25020-10-82-310-00-21

PLACEMENT RESOURCES
REIMBURSEMENT OFF 2
VACANT
38200-10-82-310-00-21

REIMBURSEMENT OFF 1
TAI LAUREN
AYESHA MILLER
38199-10-82-310-00-21

PAYROLL
EXECUTIVE I
VACANT
13851-10-82-311-00-21

PAYROLL/TIMEKEEPING
ACCOUNT TECH I
HILDA GARCIA
00115-10-82-311-00-21

SWITCHBOARD OP II
VACANT
44412-10-82-311-00-29

SWITCHBOARD OP I
VACANT
44411-10-82-311-00-21

ACCOUNTING
ACCOUNTANT SUPV
STEVEN CZUPRYNSKI
00135-10-82-314-00-21

ACCOUNTANT
LORRAINE PANZKE
00130-10-82-314-00-21

ACCOUNTS PAYABLE
ACCOUNT TECH I
GEORGE MATTHEW
00115-10-82-314-00-22

COMMODITY CONTROL
ACCOUNT TECH I
VACANT
00115-10-82-316-00-21

MADDEN
06/11/21
Page 15

AMS Medical Billing School

*This certificate is awarded to*

**ANGELA C. WILLIAMS**

*For having completed Level 1*

Basic Medical Billing Course

Chicago, IL   Date:
August 2005

*PRESIDENT*
Mary M. Soto CCSP



# Medical Billing School

*This certificate is awarded to*

## ANGELA C. WILLIAMS

*For having completed Level 2*

## Advanced Medical Coding Course

Chicago, IL Date:
**OCTOBER 2005**

*Mary M. Soto ccsp*

**PRESIDENT**
**Mary M. Soto CCSP**



**ILLINOIS**                                    Bruce Rauner, Governor

**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**

**OFFICIAL COMPETITIVE PROMOTIONAL EXAMINATION GRADE NOTICE
MAINTAIN FOR YOUR RECORDS**

WILLIAMS, ANGELA C
414 W 16TH ST

CHICAGO HGTS     IL 60411                    PHONE: (708) 510-6178

**PROMOTIONAL EXAMINATION TITLE:**          **POSITION CODE/OPTION:**
HEALTH INFORMATION ASSOC                    18045 / Z

**GRADE: A**                                **EXAM DATE:**     6/06/18
**WELL QUALIFIED**

CURRENT AGENCY:                             WORK COUNTY:
HUMAN SERVICES                              COOK

Check to ensure that all personal information is correct.  It is your responsibility
to keep the information current with this office.

Subject to the Personnel Rules, a passing grade is valid for six years, unless you
retake an exam at which point the latest passing grade and date prevail.  Upon pro-
motion, grades remain valid only for titles with a higher maximum salary than the
title to which you were promoted.

Promotional grades become invalid upon termination/separation from state employment.
If, however, you are again employed within four (4) calendar days, you may request
that your grades be restored for competitive promotional titles at a higher level
than the position in which you are employed.

Information concerning vacancies and job postings can be obtained only from the
employing agency.  Eligible bidders will be selected for promotion in order of their
category rating with those in the "A" group being considered first.

**Grades may be appealed by submitting a signed and dated statement
requesting to appeal the grade to CMS Examining & Counseling Division
at the address listed below. Please include a copy with a daytime phone
number. This grade must be appealed within ninety (90) days from the exam
date in order to be considered a valid appeal. Appeals will be considered
received on the date they are stamped received by the CMS Examining &
Counseling Division. Untimely appeals will not be considered.**

A grade of A - Well Qualified, B - Qualified, C - Minimally Qualified, indicates that
a candidate meets the general standards required to work in this job title.  However,
an individual position within a job title may require specialized knowledge, skills
and abilities, which a candidate must possess to be considered for the position.

Examination results are not transferable between the competitive promotional and
open competitive programs.

You may wish to make copies of this grade notice to provide to agencies that require
test grade verification.

CMS 60(B) Rev 05/07          EQUAL OPPORTUNITY EMPLOYER                06/08/18

PE0074-04/06          500 Stratton Office Building, Springfield, Illinois 62706

 **ILLINOIS**               Governor **JB Pritzker**

**DEPARTMENT OF CENTRAL MANAGEMENT SERVICES**

## OFFICIAL COMPETITIVE PROMOTIONAL EXAMINATION GRADE NOTICE
### MAINTAIN FOR YOUR RECORDS

WILLIAMS, ANGELA C
68 W 144TH ST
APT D
RIVERDALE        IL 60827                    PHONE: (708) 510-6178

EMAIL: ACWILLIAMSACW@YAHOO.COM

PROMOTIONAL EXAMINATION TITLE:          POSITION CODE/OPTION:
OFFICE ASSOCIATE                        30015 / Z1  GENERAL

GRADE:  A                               EXAM DATE:      7/02/21
WELL QUALIFIED

CURRENT AGENCY:              WORK COUNTY:
HUMAN SERVICES                  COOK

Check to ensure that all personal information is correct.  It is your responsibility to keep the information current with this office.

Subject to the Personnel Rules, a passing grade is valid for six years, unless you retake an exam at which point the latest grade and date prevail. Upon promotion, grades remain valid only for titles with a higher maximum salary than the title to which you were promoted.

Promotional grades become invalid upon termination/separation from state employment. If, however, you are again employed within four (4) calendar days, you may request that your grades be restored for competitive promotional titles at a higher level than the position in which you are employed.

Information concerning vacancies and job postings can be obtained only from the employing agency.  Eligible bidders will be selected for promotion in order of their category rating with those in the "A" group being considered first.

Grades may be appealed by submitting an email to CMS.ExaminingAppeals@illinois.gov and contain the following:
 1. The bid ID# associated with the posting in the subject line of the email.
 2. The body of the email must provide a statement requesting an appeal accompanied by any supporting documents.
 3. The position code/option, exam date, grade listed on the grade notice along with a daytime phone number.
This grade must be appealed within ninety (90) days from the exam date to be considered a valid appeal. Appeals will be considered received on the date received by the CMS Examining and Counseling email account. Untimely appeals will not be considered.

A grade of A – Well Qualified, B – Qualified, C – Minimally Qualified, indicates that a candidate meets the general standards required to work in this job title.  However, an individual position within a job title may require specialized knowledge, skills and abilities, which a candidate must possess to be considered for the position.

Examination results are not transferable between the competitive promotional and open competitive programs.

You may wish to make copies of this grade notice to provide to agencies that require test grade verification.

CMS 60(B) Rev 11/2019        EQUAL OPPORTUNITY EMPLOYER              07/12/21

PE0074-04/06        **500 Stratton Office Building, Springfield, Illinois 62706**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Angela C. Williams
_____
Plaintiff
)
)
)
v.                                          )          Civil Action No. 1:21-CV-00112
)
Madden Mental Health Center
_____
Defendant
)
)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Madden Mental Health Center, Labor Relations-Human Resources
_____
*(Name of person to whom this subpoena is directed)*

❑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All vacancy charts from years 2017, 2018, 2019, 2020, 2021. All position title changes from years 2017, 2018, 2019, 2020, 2020.

| Place: | Date and Time: |
|---|---|
| 68 W. 144th St, D, Riverdale, IL 60827 | January 4, 2022, |

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: DEC 1 6 2021
DEC 14 2021

_____                    OR          _____
*CLERK OF COURT*

Attim Hoss
_____                                     _____
*Signature of Clerk or Deputy Clerk*                               *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Angela C. Williams, 68 W. 144th St, D, Riverdale, IL 60827 , who issues or requests this subpoena, are: acwilliamsacw@yahoo.com (708) 510-1019

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: *Madden Mental Health Center, Labor Relations–Human Resources*

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

*Angela C. Williams, Pro Se Litigant*
*Printed name and title*

*68 W. 144th St, S. Riverdale, IL 60827*
*Server's address*

Additional information regarding attempted service, etc.:

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge:** |
| v. | ) |  |
|  | ) | **Magistrate Judge:** |
|  | ) |  |
| Defendant | ) |  |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]